**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> MAXUS ENERGY CORPORATION, *et al.*[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 16-11501 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 5, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), through their proposed counsel, caused the following discovery requests:

**Debtors' Responses and Objections to Occidental Chemical Corporation's Requests to Debtors for the Production of Documents**

**Debtors' Responses and Objections to OCC's Notice of Depositions**

to be served via the manner indicated upon the following counsel of record:

Jerome C. Roth, Esq.
Munber Tolles & Olsen LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
*First Class Mail*

J. Christopher Shore
White & Case LLP
1155 Avenue of the Americas
New York, NY 1003
*First Class Mail*

Kathy D. Patrick, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
One South Deaborn Street
*First Class Mail*

Mark D. Collins, Esq.
Brendan J. Schlauch, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Hand Delivery*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

01:18873843.1

Dated: July 5, 2016
Wilmington, Delaware

/s/ M. Blake Cleary
M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Justin P. Duda (No. 5478)
Travis G. Buchanan (No. 5595)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

James M. Peck (admitted *pro hac vice*)
Lorenzo Marinuzzi (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel for Debtors
and Debtors-in-Possession*