WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman
Matthew L. Nicholson

*Attorneys for Occidental Chemical Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MAXUS ENERGY CORPORATION**, *et al.*, | : | **Case No. 16-11501 (CSS)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |
| | : | |

## NOTICE OF DEPOSITION

**TO**: Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019,

attention: James M. Peck, J. Alexander Lawrence and Jordan A. Wishnew, counsel of record for

the Debtors.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30,

made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026 and

7030, Occidental Chemical Corporation ("Occidental"), by and through its undersigned counsel,

in connection with the *Debtors' Motion for Interim and Final Orders (A) Approving Post-*

*Petition Financing; (B) Granting Liens and Providing Superpriorty Administrative Expense*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number
are as follows: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy
Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The
address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

*Claims; (C) Modifying the Automatic Stay; (D) Scheduling Interim and Final Hearings; and (E) Granting Related Relief*, filed with this Court on June 18, 2016 (Docket No. 10) (the "DIP Motion") in the above-captioned bankruptcy, will take the deposition of the following persons at the following dates and times: (1) Scott W. Winn at 10:00 A.M. (Prevailing Eastern Time) on July 11, 2016; (2) Bradley I. Dietz at 2:00 P.M. (Prevailing Eastern Time) on July 11, 2016; and (3) Javier Gonzalez at 10:00 A.M. (Prevailing Eastern Time) on July 12, 2016.  All depositions will be taken at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or at some other time and place as may be agreed to by Occidental and the Debtors). Each deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30(b)(6) and 45, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, 9014 and 9016, Occidental, by and through its undersigned counsel, will also take the deposition upon oral examination of the Debtors at 2:00 P.M. (Prevailing Eastern Time) on July 12, 2016, at the offices of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (or at some other time and place as may be agreed to by Occidental and the Debtors).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the Debtors must designate one or more officers, directors, or managing agents, or other persons to testify on behalf of the Debtors

with regard to all matters known or reasonably available to the Debtors on each of the following topics:

### Rule 30(b)(6) Topics[2]

1.      The DIP Agreement, including any analysis or negotiations undertaken in connection therewith.

2.      The allegations in the DIP Motion, including those pertaining to any attempts by Debtors to secure post-petition funding other than as provided for in the DIP Agreement.

3.      The Debtors' use of DIP Proceeds as set forth in the DIP Agreement, including the DIP Budget, and any negotiations regarding the budgeted uses of Tranche A and Tranche B DIP Proceeds during the Cases.

4.      The Settlement Agreement and all negotiations with the YPF Entities relating thereto.

5.      Allocation of proceeds of the Settlement Agreement between Debtor estates.

6.      Potential consequences to the Debtors, including alternate sources of post-petition funding for the Debtors' operations, if the Settlement Agreement is not approved in accordance with Section 8.01 of the DIP Agreement.

7.      The identity of persons materially involved in the negotiations of the DIP Agreement and/or the Settlement Agreement.

---

[2] Capitalized terms used but not defined herein shall have the definitions assigned to them in the DIP Motion.

Dated:  June 29, 2016
        New York, New York

By: */s/ J. Christopher Shore*
J. Christopher Shore
Harrison L. Denman
Matthew L. Nicholson
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Occidental Chemical
Corporation*