**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Maxus Energy Corporation, et al., | : | Case No. 16-11501 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Brown and Caldwell,** Attn: Shawn T. O'Leary, 201 N Civic Drive, Suite 115, Walnut Creek, CA 94596, Phone: 925-210-2217, Fax: 925-933-4850

2. **Lower Passaic River Study Area Cooperating Parties Group.,** Attn: Willard Potter, de maximis, inc., 186 Center Street, Suite 290, Clinton, NJ 08809, Phone: 908-735-9315

3. **Occidental Chemical**, Attn: Mike Anderson, 5 Greenway Plaza, Houston, TX 77046-0521 Phone: 713-350-4925, Fax: 713-485-5808


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Linda Casey for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 7, 2016

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joseph M. Barry, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253