## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, *et al.,*[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Maxus Energy Corporation, Tierra Solutions, Inc., Maxus International Energy Company, Maxus (U.S.) Exploration Company, and Gateway Coal Company (each, a "Debtor", and collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States, nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The Schedules and Statements have been signed by an authorized representative of each Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation

of rights contained in this paragraph. The actual value for any asset or liability may be different than what is reflected in the Debtors' books and records or the Schedules and Statements, and the Debtors reserve the right to have the Bankruptcy Court determine such value.

3. **Confidential Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses or amounts.  Typically, the Debtors have used this approach because of (a) an agreement between the particular Debtor and a third party, (b) concerns of confidentiality, or (c) concerns for the privacy of an individual.  The addresses of current and former employees, including directors and officers, have been removed from entries listed on certain of the Schedules and Statements, where applicable.  The Debtors will mail any required notice or other documents to the address listed in their books and records for such parties.  In addition, the Debtors may be parties to executory contracts with confidentiality provisions and, where applicable, such confidential information has not been included in the Schedules and Statements.

4. **Description of Cases and "as of" Information Date**.  On June 17, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

   **The asset and liability information provided in the Schedules and Statements, except as otherwise noted, represents the asset and liability data of the Debtors as of the Petition Date**.

5. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their assets.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value.  The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

6. **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, environmental liabilities, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available.

7. **Real Property and Personal Property-Leased**.  In the ordinary course of their business, the Debtors lease real property, hold rights to oil, gas, and mineral interests (which are severed from the realty under which they are situated), and lease various articles of personal property, including vehicles, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

8. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate assets and liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

   The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

   In certain instances, immaterial assets not included in the Debtors' books and records may have been excluded.

   The Bankruptcy Court has authorized the Debtors to pay, in their discretion in the ordinary course of business, certain prepetition Claims on a post-petition basis.

9. **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtors; (d) affiliates of the Debtors; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

10. **Intellectual Property Rights**.   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

11. **Executory Contracts and Unexpired Leases**.  Although the Debtors have made diligent attempts to attribute executory contracts and unexpired leases to the counterparties to such agreements, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such contracts and leases.

Moreover, the Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.

12. **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any oil and gas purchaser, mineral contractor, materialman's, or mechanic's liens.

13. **Classifications**.   Listing a Claim, contract or lease on (a) Schedule D as "secured," (b) Schedule E/F, Part 1 as "priority unsecured," (c) Schedule E/F, Part 2 as "Non-priority unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

14. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment, and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Intercompany Accounts**.  In the ordinary course of business, the Debtors engage in routine business relationships with each other (the "Intercompany Transactions") resulting in intercompany receivables and payables, which are described more fully in the Debtors' "first-day" cash management motion [*see* Docket No. 8].  Many receipt and disbursement transactions result in one or more corresponding Intercompany Transactions, and these most frequently occur either as (a) revenues received and deposited into the Maxus (U.S.) Exploration Zero Balance Account and then swept into the Maxus Energy Corporation JP Morgan Sweep Account or (b) disbursements made from the Maxus Energy Corporation JP Morgan Sweep Account to pay expenses or other obligations of Tierra Solutions, Inc., Maxus (U.S.) Exploration Company, and Gateway Coal Company, as and when applicable.

16. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

a. <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Liens</u>. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

17. **Currency**. All amounts are reflected in U.S. dollars.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course result from various other items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers, joint operating agreement counterparties, and/or customers. These offsets and other similar rights are consistent with the Debtors' ordinary course of business. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets may not have been independently accounted for, and as such, offsets occurring in the ordinary course of business are excluded from the Schedules and Statements.

19. **Net Operating Losses ("NOLs")**. The value of the NOLs scheduled by the Debtors is unknown as it depends on the amount and timing of future taxable income against which the NOLs may be applied, on the form any restructuring may take, as well as on the application of various tax rules limiting the use of the NOLs.

<u>**Specific Disclosures with Respect to the Schedules**</u>

<u>**Schedule A/B.**</u>

**Part 1, Question 3**. Cash values held in financial accounts are listed on Schedule A/B, Part 1, Question 3, as of the Petition Date. Although the Debtors have listed two Collateral Accounts as financial accounts, these accounts contain security deposits for letters of credit that serve as security with various governmental agencies securing performance under two Administrative Consent Orders: (1) among the New Jersey Department of Environmental Protection, Occidental Chemical Corporation, and Chemical Land Holdings, Inc., and (2) between the U.S. Environmental Protection Agency and Diamond Shamrock Corporation, which are described more fully in the Debtors' "first-day" cash management motion [*see* Docket No. 8].

**Part 1, Question 8**. Included in the Prepayments, the Debtors maintain nine trust accounts, eight containing restricted cash to fund payments for environmental

remediation activities at certain sites as required by various governmental agencies, and one containing restricted cash associated with a rabbi trust for the benefit of members of the Debtors' former workforce, which are described more fully in the Debtors' "first-day" cash management motion [*see* Docket No. 8].

**Schedule A/B, Part 4, Question 15**.  The value of ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, Question 15, as unknown.

**Schedule A/B, Part 5, Question 22**.  Inventory presented in this schedule represents the Net Book Value of Maxus (U.S.) Exploration Company's 15% share of the parts inventory in the Neptune Operations.

**Schedule A/B, Part 9 Question 55**.  The Tierra Solutions, Inc. Interim Remedial Management Caps (present at Remediation Sites where Tierra Solutions, Inc. has performed work) are presented at Estimated Replacement Cost.

**Schedule A/B, Part 11, Question 73**.  The Debtors maintain certain insurance policies. The Debtors have identified the pre-paid premium amounts for such insurance policies on Schedule A/B, Part 11, Question 73.

**Schedule A/B, Part 11, Question 74**.  In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be parties to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Where such Claims are either unknown to the Debtors, not quantifiable, or both, they are not listed on Schedule A/B, Part 11, Question 74.

**Schedule A/B, Part 11, Questions 74-75**.  The $130,000,000 in proceeds under the settlement agreement between the Debtors and the YPF Entities is listed on Maxus Energy Corporation's Schedule B but is subject to allocation among the various Debtors' estates at a later date.  The Debtors' failure to list any contingent and/or unliquidated Claim or Cause of Action held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such Claim or Cause of Action.

**Schedule A/B, Part 11, Question 76**. Trust accounts funding future environmental remediation expenses are included in Prepayments (Schedule A/B, Part 2, Question 8), while trust accounts supporting Workers Compensation and Retiree Benefits have been included here.

**Schedule D**.  The Debtors may not have included on Schedule D all parties that may believe their Claims are secured through setoff rights, mechanic's liens, or other lien rights.

**Schedule E/F, Part 1**.  The listing of any Claim on Schedule E/F does not constitute an admission by the Debtors that such Claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve their right to dispute the priority status of any Claim on any basis.

**Schedule E/F, Part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.  Although YPF Holdings, Inc. is listed as the holder of a claim on Schedule E/F, Part 2 for Maxus Energy Corporation as a matter of internal bookkeeping, the Debtors reserve the right to recharacterize the obligation as a capital contribution/equity.

Although reasonable efforts have been made to identify the date each Claim on Schedule E/F was incurred or arose, the Debtors cannot guarantee the information is entirely inclusive and inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may arise which may uncover claims hereto unscheduled.

**Schedule G**.  Although reasonable efforts have been made to ensure the accuracy of each contract or other agreement listed on Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and other agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing may reflect distinct agreements between the applicable Debtor and such supplier or provider, or may reflect a series of related agreements.

The Debtors reserve all of their rights, Claims and Causes of Action with respect to the contracts and other agreements listed on Schedule G, including the right to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim or its relationship with the Debtors.

Omission of a contract or other agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract or other agreement.

The listing of any contract or other agreement on Schedule G does not constitute an admission by the Debtors as to the validity of such contract or agreement or that such agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights to dispute the effectiveness of any such contract or agreement listed on Schedule G or to amend Schedule G at any time to remove any contract or agreement.

**Schedule H**.  YPF International S.A. is a guarantor on four letters of credit for the purpose of providing financial assurance to the USEPA, the National Fire Insurance Company of Hartford, the United Mine Workers of America, and the U.S. Department of the Interior.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation or Claims.  These matters may involve multiple plaintiffs, claimants, and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties, and some of which may be co-obligors with, contributors to, or indemnitors of, the Debtors.  Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule A/B, Part 11 and Statement, Part 3, as applicable.

**Specific Disclosures with Respect to the Statements**

**Part 2, Question 4**.  The Debtors have identified the amounts paid on account of employees that may be considered insiders, but these amounts were paid to Paychex, Inc., the Debtors' third-party payroll processor, who then made the applicable transfers to the employees.

**Part 2, Question 7**.  The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date.

**Part 12, Questions 22-23**.  The Debtors have made reasonable efforts to disclose all known information that is applicable in response to Part 12, Questions 22 and 23.

**Part 13, Question 31**.  YPF Holdings, Inc. is the parent of each of the Debtors and is consolidated with the Debtors for purposes of preparing audited financial statements.  None of these entities is required to file a stand-alone audit report.

| Fill in this information to identify the case: |
| --- |

Debtor name **Maxus Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11501 (CSS)**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $          **188,201.59**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................    $      **165,508,549.74**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................    $      **165,696,751.33**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       **1,018,786.77**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **193,338,131.44**

4.  **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $      **194,356,918.21**

**Fill in this information to identify the case:**

Debtor name    **Maxus Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11501 (CSS)**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **JPMorgan** | **Sweep Account** | **4992** | **$6,485,460.72** |
| 3.2. | **JPMorgan** | **Maxus Energy Zero Balance Account** | **9767** | **$0.00** |
| 3.3. | **JPMorgan** | **Maxus Payroll Zero Balance Account** | **3605** | **$0.00** |
| 3.4. | **JPMorgan** | **Maxus ORRI Zero Balance Account** | **5641** | **$0.00** |
| 3.5. | **Signature Bank** | **MAXUS ENERGY (OWC)** | **8554** | **$5,618.82** |
| 3.6. | **Citibank** | **Collateral Account** | **9206** | **$20,000,000.00** |

| Debtor | **Maxus Energy Corporation** | Case number *(if known)* **16-11501 (CSS)** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **JPMorgan** | Collateral Account | 7630 | **$137,647.64** |

| | | | | |
|---|---|---|---|---|
| 3.8. | **Fidelity/NFS** | **Maxus Energy Investment Account** | 2530 | **$340,329.82** |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

> **$26,969,057.00**

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

     7.1.    **PRIM Triple 3 - Landlord Security Deposit**                    **$16,637.00**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

     8.1.    **See Attached Schedule A/B: Part 2, Question 8**              **$2,576,148.28**

**9.**      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

> **$2,592,785.28**

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

     11a. 90 days old or less:     **779,915.01**    -    **0.00**   = ....     **$779,915.01**

                               face amount                 doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

> **$779,915.01**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Debtor  **Maxus Energy Corporation**                                        Case number *(If known)* **16-11501 (CSS)**
        <small>Name</small>

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **See Attached Schedule A/B: Part 4, Question 14** | | $2,896,345.11 |

| | | % of ownership | | |
|---|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | | | |
| 15.1. | **Maxus International Energy Company** | **100** % | | $0.00 |
| 15.2. | **Maxus (U.S.) Exploration Company** | **100** % | | $0.00 |
| 15.3. | **Gateway Coal Company** | **100** % | | $0.00 |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                                                      | $2,896,345.11 |

     Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furniture, Fixtures & Installation** | $457,645.34 | **Net Book Value** | $457,645.34 |

40.  **Office fixtures**

| Debtor | **Maxus Energy Corporation** | Case number *(If known)* **16-11501 (CSS)** |
|---|---|---|
| | Name | |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$457,645.34

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Net Book Value of Overriding Royalty Interests** | | $188,201.59 | Net Book Value | $188,201.59 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$188,201.59

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Maxus Energy Corporation** | Case number *(If known)* **16-11501 (CSS)** |
|---|---|---|
| | Name | |

■ No. Go to Part 11.
☐ Yes Fill in the information below.

<div style="background:black;color:white">**Part 11:**</div> **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
**Mortgage Receivable for Requel Claiborne (507 Meadowglen Dr. Duncanville, TX 75137)**

| 18,356.61 | - | 18,356.61 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

**$0.00**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**SECTION 382 NOL CARRYOVER**        Tax year **2014**        **Unknown**

73. **Interests in insurance policies or annuities**

**See Attached Schedule A/B: Part 11, Question 73**        **$580,883.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Browserweb Media Agency Judgment: (Maxus engaged Browserweb to build a website. When Maxus terminated the engagement, Browserweb refused to turn over the domain name and passcode to the website, which was a work in progress. Maxus has a favorable ruling to collect $23,450 and recover its domain name.**

| Nature of claim | **Claim in concluded litigation** |
|---|---|
| Amount requested | **$23,450.00** |

**$23,450.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**The $130,000,000 in proceeds under the settlement agreement between the Debtors and the YPF Entities is listed here but is subject to allocation among the various Debtors' estates at a later date**

| Nature of claim | **Settlement Agreement** |
|---|---|
| Amount requested | **$130,000,000.00** |

**$130,000,000.00**

76. **Trusts, equitable or future interests in property**

Debtor  **Maxus Energy Corporation**                                    Case number *(If known)*  **16-11501 (CSS)**
        Name

       **KeyBank Acct Ending in 8820**                                                       **$758,469.00**

---

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **/16 block of IPv4 Addresses (~65,000 IP addresses)**                        **$450,000.00**

---

       **Claim in Lyondell Bankruptcy**                                               **Unknown**

---

78.      **Total of Part 11.**                                                     **$131,812,802.00**
       Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Maxus Energy Corporation**
          Name

Case number *(If known)* **16-11501 (CSS)**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,969,057.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,592,785.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $779,915.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,896,345.11 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $457,645.34 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $188,201.59 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $131,812,802.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $165,508,549.74 + 91b. | $188,201.59 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $165,696,751.33 |

In re Maxus Energy Corporation
Case No. 16-11501
Schedule A/B:  Part 2, Question 8

| Name of Holder of the Prepayment | Description of the Prepayment | Value of Debtor's Interest as of Petition Date |
|---|---|---:|
| Aon | Prepaid Insurance | $423,994.08 |
| Federal Insurance Company - ERISA Bond | Collateral | $874.00 |
| JP Morgan | Corporate Credit Card | $82,209.24 |
| McGriff, Seibels & Williams | Prepaid Quarterly Benefits Consulting Fees | $3,611.11 |
| IDEP | Independent Directors Compensation | $10,111.26 |
| US Bank | Trust Account  (Central Chemical Superfund Site) | $800,775.59 |
| Morrison & Foerster, LLP | Professional Retainer | $169,688.00 |
| Morrison & Foerster, LLP | Professional Retainer | $550,000.00 |
| Zolfo Cooper LLC | Professional Retainer | $42,282.00 |
| Zolfo Cooper LLC | Professional Retainer | $200,000.00 |
| Prime Clerk LLC | Professional Retainer | $44,133.00 |
| Young Conaway Stargatt & Taylor | Professional Retainer | $26,670.00 |
| Drinker Biddle & Reath LLP | Professional Retainer | $221,800.00 |
| **Total:** | | **$2,576,148.28** |

In re Maxus Energy Corporation
Case No. 16-11501
Schedule A/B:  Part 4, Question 14

| Name of Fund or Stock | Valuation Method Used for Current Value | Current Value of Debtor's Interest * |
|---|---|---|
| LYONDELLBASELL INDUSTRIES N V COM USD0.01 CLASS  A (LYB) | Market Value | $419,381.95 |
| CHEMTURA CORPORATION USD0.01 ISIN #US1638932095 SEDOL #B5KT5L7 (CHMT) | Market Value | $247,853.19 |
| GENERAL MTRS CO COM ISIN #US37045V1008 SEDOL #B3SMT78 (GM) | Market Value | $12,539.67 |
| MOTORS LIQ CO GUC TR UNIT BEN INT ISIN #US62010U1016 SEDOL #B8GCDS4 (MTLQU) | Market Value | $1,150.00 |
| PHOENIX COMPANIES INC COM USD0.01 (PNX) | Market Value | $9,330.03 |
| PRUDENTIAL FINL INC(PRU) | Market Value | $2,175,662.22 |
| VIRTUS INVT PARTNERS INC COM (VRTS) | Market Value | $18,804.48 |
| GENERAL MTRS CO WTS EXP 07/10/2016 (GMWSA) | Market Value | $7,146.62 |
| GENERAL MTRS CO WTS  EXP 07/10/2019 (GMWSB) | Market Value | $4,476.95 |
| Total: | | **$2,896,345.11** |

\* NOTE: The investment accounts were liquidated and the proceeds transferred to the JPM sweep account. The accounts were closed on July 5, 2016.

In re Maxus Energy Corporation

Case No. 16-11501

Schedule A/B: Part 11, Question 73

| Description | Current Value of Debtor's Interest |
|---|---|
| **Genworth Annuity** | |
| **Genworth Annuity** - This annuity was purchased to in an effort to cover benefits paid to some of the SERP and Excess Plan participants. | Unknown |
| **Insurance Policies** | |
| **General Liability, Berkley National Insurance Company (EGL001326011) - 6/1/2016 – 6/1/2017** | |
| $2,000,000 General Total Limit | |
| $2,000,000 Products & Completed Work Total Limit | |
| $1,000,000 Advertising Injury Each Person Limit | |
| $1,000,000 Each Event Limit | |
| $ 100,000 Premises Damage Limit | |
| $ 5,000 Medical Expenses Limit | $57,248.00 |
| | |
| **Umbrella Liability Policy, Berkley National Insurance Company (EUL00132611) - 6/1/2016 – 6/1/2017** | $55,354.00 |
| **Auto Liability, Berkley Regional Insurance Company (ECA312500311) - 6/1/2016– 6/1/2017** | |
| $1,000,000 CSL Liability – Symbol 1 | |
| $10,000 PIP – Symbol 7 | |
| $1,000,000 – CSL UM/UIM Symbol 2 | $3,454.00 |
| **Workers' Compensation – Statutory, Tri-State Insurance Co. of Minnesota (EWC3125006-11) - 6/1/2016 – 6/1/2017** | |
| Employers Liability | |
| Bodily Injury by Accident – $1,000,000 Each Accident | |
| Bodily Injury by Disease – $1,000,000 Policy Limit | |
| Bodily Injury by Disease – $1,000,000 Each Employee | $23,073.00 |
| **Property, AGCS Marine Insurance Company (MXI93060325) - 6/1/2016 – 6/1/2017** | |
| Capital Improvements - $6,113,100 | |
| Buildings - $2,602,500 | |
| Business Personal Property/Equipment/EDP - $16,478,500 | |
| Catastrophe Limit - $16,134,605 | |
| Various sub-limits apply. | |
| Values per schedule on file with the company. | $46,311.00 |

1 of 3

In re Maxus Energy Corporation
Case No. 16-11501
Schedule A/B: Part 11, Question 73

| Description | Current Value of Debtor's Interest |
|---|---|
| **ERISA Bond, Federal Insurance Co. (68016258) - 7/1/2016 – 7/1/2017** | |
| $500,000 Limit of Liability | $874.00 |
| **Fiduciary Liability, Federal Insurance Company (8224-5261) - 6/1/2016 – 6/1/2017** | |
| $8,000,000 Maximum Aggregate Limit of Liability | $6,361.00 |
| **Primary Directors and Officers Liability, Illinois National Insurance Company (14207372) - 6/1/2016 – 6/1/2017** | |
| $5,000,000 Aggregate Limit of Liability | $32,580.00 |
| **Excess Directors and Officers Liability, Freedom Specialty Insurance Company (XMF1601210) - 6/1/2016 – 6/1/2017** | |
| Aggregate Limit of Liability: $5,000,000 excess of $5,000,000 | $20,772.00 |
| **Excess Directors and Officers Liability, Argonaut Insurance Co. (MLX7601416-01) - 6/1/2016 – 6/1/2017** Aggregate Limit of Liability $5,000,000 excess of $10,000,000 | $31,125.00 |
| **Excess Directors and Officers Liability, Liberty Insurance Underwriters (DOCHABBCWC001) - 6/1/2016 – 6/1/2017** | |
| Aggregate Limit of Liability: $10,000,000 excess of $15,000,000 | $19,000.00 |
| **Excess Directors and Officers Liability Coverage (Independent Directors), XL Specialty Insurance Company (ELU 140393-15) - 8/16/2015 - 8/15/2016** | $275,000.00 |
| **Employment Practices & Employed Lawyers, National Union Fire Ins Co of Pitts PA (14208423) 6/1/2016 – 6/1/2017** | |
| $3,000,000 Policy Aggregate Limit of Liability | $9,731.00 |
| **Insurance Archeology Interests** | |
| **Ruby Mhire** - Maxus paid the plaintiff a settlement amount of $12 million plus incurred approximately $6m in legal fees and a further $1 million in remediation for a total claim of almost $20 million. Potential interest currently being litigated in Bedivere Insurance Company, et al v. Maxus Energy Corporation in Montgomery County, Texas. | Unknown |

In re Maxus Energy Corporation
Case No. 16-11501
Schedule A/B:  Part 11, Question 73

| Description | Current Value of Debtor's Interest |
|---|---|
| **Milwaukee Solvay** - This is an environmental matter but, unlike the other environmental matters being handled by Maxus, this site was not part of Diamond Shamrock Chemicals, but rather, was part of Natomas. The archeology team believes that there has to be viable coverage available to respond to the environmental claims at this site but they have not yet uncovered specific policies. We expect to spend $8 million on this site in the next 10 years on top of the approximately $3 million spent to date. | Unknown |
| **Asbestos** - Maxus has had a number of asbestos claims and there are policies through Travelers that could potentially respond to these claims. Total value of these claims is approximately $1 million. | Unknown |
| **Jummonville -** There are policies that could respond to this claim, but the claim was below the retention | Unknown |
| **Total:** | **$580,883.00** |

**Fill in this information to identify the case:**

Debtor name   **Maxus Energy Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **16-11501 (CSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **NJ Dept of Environmental Protection**<br>Creditor's Name<br><br>**Site Remediation Program Enforcement and Assignment Element 401 East State Street, 5th Floor Trenton, NJ 08625**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Collateral Account with Citibank**<br><br>Describe the lien | **Unknown** | **$20,000,000.00** |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/04/2013**
Last 4 digits of account number
**9206**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **U.S. Environmental Protection Agency**<br>Creditor's Name<br><br>**Office of Regional Counsel 77 West Jackson Boulevard Mail Code: C-14J Chicago, IL 60604-3507**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Trust Agreement held with JP Morgan Bank**<br><br>Describe the lien | **Unknown** | **$136,786.00** |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

| Debtor | **Maxus Energy Corporation** | Case number (if know) | **16-11501 (CSS)** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**10/25/2012**
**Last 4 digits of account number**
**7630**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $0.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Citibank, N.A.**<br>**ASSET DISTRIBUTION AREA**<br>**SORT 2979**<br>**New York, NY 10043** | Line **2.1** | |
| **JPMorgan Chase Bank, N.A.**<br>**ATTN Susie Beevar, Escrow Services**<br>**712 Main Street, 5th Floor South**<br>**Houston, TX 77002** | Line **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name    **Maxus Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11501 (CSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**See Attached Schedule E/F: Part 1,<br>Employee** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$972,872.36** | **$226,667.70** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) |  |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**See Attached Schedule E/F: Part 1,<br>Tax** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,914.41** | **$45,914.41** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

                                                                                        Amount of claim

| Debtor | **Maxus Energy Corporation** | Case number (if known) | **16-11501 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,361.46 |
|---|---|---|---|
| | **JPMorgan** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number  9767** | **Basis for the claim:**  **Maxus Energy Zero Balance Account** | |
| | | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,301,769.98 |
|---|---|---|---|
| | **See Attached Schedule E/F: Part 2** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,018,786.77 |
| 5b. Total claims from Part 2 | 5b. + | $ 193,338,131.44 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 194,356,918.21 |

In re Maxus Energy Corporation
Case No. 16-11501
Schedule E/F: Part 1, Employee

| Creditor Name | Address | City | State | Zip | Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barker, Brent | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $25,248.21 | $12,850.00 |
| Bowen, Jessica | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $11,662.07 | $11,662.07 |
| Cacicio, Cort | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $9,405.63 | $9,405.63 |
| Cortes, Gerardo | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $49,865.88 | $12,850.00 |
| Fitzgerald, Cathy | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $41,212.86 | $12,850.00 |
| Gonzalez, Javier | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $179,911.65 | $12,850.00 |
| Jalomo, Lisa | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $24,571.55 | $12,850.00 |
| Kirchner, Aine | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $51,557.97 | $12,850.00 |
| Leveston, Brian | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $20,363.19 | $12,850.00 |
| Luong, Thanh | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $13,829.11 | $12,850.00 |
| Miller, Felisha | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $30,680.85 | $12,850.00 |
| Negron, Margie | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $31,555.56 | $12,850.00 |
| Porche, Kyla | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $108,326.08 | $12,850.00 |
| Rico, Jose Daniel | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $118,653.85 | $12,850.00 |
| Segovia, Robert | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $72,239.70 | $12,850.00 |
| Skarness, Susan | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $44,880.61 | $12,850.00 |
| Vallance, Derrick | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $90,048.36 | $12,850.00 |
| Wilson, Scott | Address on File | | | | Salaries & Benefits | 507(a)(4)(A) | | | | | $48,859.23 | $12,850.00 |
| **Total:** | | | | | | | | | | | **$972,872.36** | **$226,667.70** |

Tri-State Energy Cooperation
Case No. 16-11501
Schedule E/F: Part 1, Tax

| Creditor Name | Address1 | Address2 | City | State | Zip | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALIEF I.S.D. | P.O. Box 368 | P.O. Box 368 | Alief | TX | 77411 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $1,034.81 | $1,034.81 |
| Canadian ISD | 800 Hillside | | Canadian | TX | 79014 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $7,265.80 | $7,265.80 |
| Conoco Phillips Company | 22342 Network PL | | Chicago | IL | 60673-1223 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $51.66 | $51.66 |
| Doddridge County | P.O. Box 219 | | West Union | WV | 26456 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $7.21 | $7.21 |
| Fort Elliott CISD | P.O. Box 138 | | Briscoe | TX | 79011 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $767.04 | $767.04 |
| Hansford CAD | 709 W. Seventh | | Spearman | TX | 79081-3407 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $279.89 | $279.89 |
| Hartley County | P.O. Box 405 | | Hartley | TX | 79044-0405 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $36.64 | $36.64 |
| Hemphill | P.O. Box 959 | | Canadian | TX | 79014-0959 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $4,442.69 | $4,442.69 |
| Hutchinson County Tax | P.O. Box 989 | | Stinnett | TX | 79083 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $57.93 | $57.93 |
| Internal Revenue Service | PO Box 37008 | | Hartford | CT | 06176 | 6/17/2016, prepetition taxes | 507(a)(8)(E) | | | | | $705.45 | $705.45 |
| Lipscomb County | Box 129 | | Lipscomb | TX | 79056 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $5,798.71 | $5,798.71 |
| Mike Sullivan | P.O. Box 3547 | | Houston | TX | 77253-3547 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $1,082.06 | $1,082.06 |
| Moore County Tax | 500 S Dumas Avenue | P.O. Box 616 | Dumas | TX | 79029-0616 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $6,287.99 | $6,287.99 |
| Ochiltree CAD | 825 S Main | Suite #100 | Perryton | TX | 79070 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $10,501.39 | $10,501.39 |
| Roberts County | P.O. Box 458 | | Miami | TX | 79059 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $2,644.40 | $2,644.40 |
| Sherman CAD | P.O. Box 1229 | | Stratford | TX | 79084 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $4,158.00 | $4,158.00 |
| State of Louisiana | PO BOX 94125 | | Baton Rouge | LA | 70804-9125 | 6/17/2016, prepetition taxes | 507(a)(8)(C) | | | | | $17.17 | $17.17 |
| State of New Jersey | PO BOX 666 | | Trenton | NJ | 08646-0666 | 6/17/2016, prepetition taxes | 507(a)(8)(C) | | | | | $394.75 | $394.75 |
| Wheeler County | P.O. Box 1060 | | Wheeler | TX | 79096 | 6/17/2016, prepetition taxes | 507(a)(8)(B) | | | | | $380.82 | $380.82 |
| **Total:** | | | | | | | | | | | | **$45,914.41** | **$45,914.41** |

Mid Maaas Energy Corporation
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acevado, Alicia | Thomas & Wan LLP | 1710 Sunset Blvd | | Houston | TX | 77005 | | | Pending Litigation | X | X | X | | Unknown |
| Adams, Edna M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Aetna, Inc | 151 Farmington Avenue | | | Hartford | CT | 06156 | | | | | X | | | Unknown |
| Aetna, Large Case Pensions | 151 Farmington Avenue | | | Hartford | CT | 06156 | | | Various | X | X | | | Unknown |
| Ahlstrom, Beverly S | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Ahlstrom, Richard M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Allen, Terrance G | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Ambrose, Pauline B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Andrews and Kurth LLP | P O Box 301276 | | | Dallas | TX | 75303-1276 | | | | | X | | | Unknown |
| Armstrong, Lie N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Arnold, Latricia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| AT&T - Convergent Bill | P O Box 5019 | | | Carol Stream | IL | 60197 | | | | | | | | $2,388.63 |
| Audi Financial Services | 1401 Franklin Blvd | | | Libertyville | IL | 60048 | | | | | | | | $618.50 |
| Austin, William O | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Banks, William C | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bass, James L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Batchelar, Robert D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Battista, Georgia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Battista, Jospeh B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Baxter Jr, Edmund | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Baxter, Edmund F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Beard Jr, Oscar | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Beard, Oscar J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bearden, Kenneth M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bearden, Lilian | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bedel, David H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Belvedire Insurance Company | Mark T. Beaman, Germer Beaman & Brown PLLC | 301 Congress Avenue, Suite 1700 | | Austin | TX | 78701 | | | Pending Litigation | X | X | X | | Unknown |
| Bennett, Carroll A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bennett, Mary A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bilbrey, Lanny R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Billingsley, Edgar R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| BMW Financial Services | P O Box 78103 | | | Phoenix | AZ | 85062-8103 | | | | | | | | $1,650.00 |
| Bobincheck, George F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bond, Raymond E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bowden, Royce J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bowen, Allie | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bowen, Howard N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bracken Jr, Ernest | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bracken, Ernest E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bradley, Clayton W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Bricker, Dorris | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Brinkman, Jr, Fred | Hobson & Bradley | 2190 Harrison | | Beaumont | TX | 77701 | | | Pending Litigation | X | X | X | | Unknown |
| Brooks, Thomas J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Brown, Ernest J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Brown, Jerry H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Brown, Mary | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Browning, Arthur W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| BROWNING, PATRICIA A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Browning, Patricia A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Brupbacher, Jean | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Burdick, Maime L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Burdick, Robert L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Busch, Hulen D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Butler, Deborah L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |

MII Makes Energy Construction
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Butler, Deborah L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Byram, Stuard D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Campbell, Jacques A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Campbell, James D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Canadian Isd | 800 Hillside | | | Canadian | TX | 79014 | | | | | X | | | Unknown |
| Carlton, Gerald G | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Carlton, Susan M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Carter, Jimmy L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Carter, Mildred K | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Cassidy, Timothy | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Cecil, Lawrence L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Chambless, William E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Chang, Leon H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Chang, Mary | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Chrobak, Frank F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Chrobak, Helen | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Cirota, Bernard | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Cirota, John E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Clark, Frances | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Clark, Travis L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Claude Coulon Jumonville, et al | Goodell Law Firm | P.O. Box 52663 | | Lafayette | LA | 70505 | | | Pending Litigation | X | X | X | | Unknown |
| COLE, PETER D. and REBECCA | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Coleman, Shirley A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Collie, Dale | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Collie, Ralph T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Cooke, Dorothy | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Cummings, Wayne G | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dahill | P.O. Box 314 | | | San Antonio | TX | 78292-0314 | | | | | | | | $93.81 |
| Daugherty, Mahlon H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Davis, Elogia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Davis, Floyd | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dawson, Rachel | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| De Liege, Maureen | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Denes, Louis J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dexter, Irene | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dexter, Olen E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dinezza, Donald F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| DLA Piper France LLP | 27 Rue Laffitte | | | Paris | | | France | | | | X | | | Unknown |
| DLA Piper LLP US | 6225 Smith Avenue | | | Baltimore | MD | 21209 | | | | | | | | $12,006.52 |
| Dollar, Joe W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dollarhide, Winfred D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dorothy Robinson, et al. as the Surviving Heirs of Melvin Robinson, Deceased | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Doss, Kenneth | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Draper, William Clark | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Drinker Biddle And Reath LLP | P O  Box 627 | | | Princeton | NJ | 08542 | | | | | X | | | Unknown |
| Dugas, Paul J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Duncan, Rex H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dunlap, Perry E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dunlap, Susan | Landry & Swarr LLC | 1010 Common St | Suite 2500 | New Orleans | LA | 70112 | | | Pending Litigation | X | X | X | | Unknown |
| Dutcher, Marion E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dye, Louis J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Dye, Sonja | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Ellis, Leonard L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Epps, Alberta A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |

M&J Makes Energy Corporation
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Nubia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Evans, Robert | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Express Scripts Inc | 21653 Network Place | | | Chicago | IL | 60673-1216 | | | | | | | | $928.97 |
| Fetsick, Daniel | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fibbi, Nancy | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fibbi, William G | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fisher, Robert E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fonville, Barbara | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fonville, Jerry M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fordham, J Lynn | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fordham, James L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fordham, Joellen S | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Francis, Robert J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fritts, Carroll E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Fritts, Lois | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Frost, Mary E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| GALERSTEIN, ROBERT, and ESTATE OF SUSAN GALERSTEIN by its administrator, ROBERT GALERSTEIN | Gold, Albanese & Bartelli, LLP | 48 South St | | Morristown | NJ | 07960 | | | Pending Litigation | X | X | X | | Unknown |
| Garbesi, Jean K | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Garbesi, Robert E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Garrett, Bobby D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Geddes, Carolyn | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Geddes, James W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Gibbs & Bruns, LLP | 1100 Louisiana St, Suite 5300 | | | Houston | TX | 77002 | | | | | | | | $5,128.40 |
| Goscinski, Thomas A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Goynes Jr, Bill | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Gray, Blanche | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grazulis, Arthur V | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Greer, Rex E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grierson, Jean | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grierson, Keith E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grimm, Alberta A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grimm, George | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Grimm, Lee | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Guyer Jr, Brada | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hackett, Leon K | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hager, William | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Harding, Kenneth | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Harris, Sherry T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hartline, Patricia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hartline, Richard J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hazen, Sylvia J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Healthsmart Benefit Solutions | 222 W Las Colinas Blvd., Suite 600N | | | Irving | TX | 75039 | | | | | X | | | Unknown |
| Henslee, Charles W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hill, James L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hill, Prince M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hillman, Donald W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hollingsworth, John P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hopkins, Archie B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hormel, John E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Horn, Herman | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hossbach, Norman | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hotes, William J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hudson, Billy C | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |

Mt Hawks Energy Corporation
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humphrey, Deborah, Individually and as Special Administrator of the Estate of Johnnie Humphrey, Deceased | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Hunter, Thomas F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hyde, John P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Hyde, Julia | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Iovine, Cosmo A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Iron Mountain | P.O. Box 915004 | | | Dallas | TX | 75391-5004 | | | | | | | | $8,379.77 |
| Jackson, John L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Johansen, Carol | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Johansen, Emil | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Johnson, Iris | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| JOHNSON, JOHN | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Johnson, Radean | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Johnson, Robert Z | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Judkins, Marion B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Justus, George | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Kasowitz, Benson, Torres & Friedman | 1633 Broadway | | | New York | NY | 10019 | | | | | X | | | Unknown |
| Keener, Lutcher | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Keller, Gerald N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Keller, Mary J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Kern, Peter J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Klein, Howard C | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Koontz, Laquita Y | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Kottke, Harry S | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Krasovec, Agnes | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Kuhlman, Marian B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lafortune, Robert | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lastreto, Doris | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lastreto, Rene | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lee, Jean E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Legal Cost Control, Inc. | 255 Kings Highway East | | | Haddonfield | NJ | 08033 | | | | | X | | | Unknown |
| Leggett, Frank | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Lelong, Alexander P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lester, Marshall V | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Lewis, Mary Lynn | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Liskow & Lewis APLC | 701 Poydras Street, Suite 5000 | | | New Orleans | LA | 70139 | | | | | | | | $15,627.72 |
| Loesch, Victor W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Logan, Robert B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Long, Beverly A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Long, James E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Luciano, Faye T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mackay, Ruby N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Macnamara, Jean I | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Madame Tran To Nga | 40 residence estienne d'orves | | | Palaiseau | | 91120 | France | | Pending Litigation | X | X | X | | Unknown |
| Malkin, Charolette Z | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Malkin, Irving | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Martin, Melford H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mathews, Leonard P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Maxwell, Betty | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McBride, James and Brenda | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Mccabe, John P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McCain, G. Howard | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mccain, George H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McCallum, Margaret | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mccallum, Raymond E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McCook, Joan Ada | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mccrary, Leon A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mccullough, John R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McFarlin, Frances L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McFarlin, Howard D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mcgriff Seibels & Williams Inc | 2211 7Th Avenue South | | | Birmingham | AL | 35233 | | | | | | | | $25,000.00 |
| Mckone, Charles E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mckone, Jessie | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| McKool Smith | 600 Travis Street | Suite 7000 | | Houston | TX | 77002 | | | | | | | | $34,897.03 |
| Mcreynolds, William | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Megel Inc | 4809 Westway Park Blvd | | | Houston | TX | 77041 | | | | | X | | | Unknown |
| Meister, Warren J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Melton Jr, J W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Melton, J W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Miller, Durwood | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Miller, Joyce | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Miller, Rellim J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mircheff, Lynne P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mitchell, Robert W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Monastyrski, Swetlana | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Monck, Irene H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Monroe, Merle D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Morris, William L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| MOSES, RICKY | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Mullen, David M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Mullen, Rosemary | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Murin, Robert | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Murray, Ollice J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Ness, John T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Nettles, Paul M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Newhart, Robert L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Newman, Jenny L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Newton, Jim L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Nichols, Raymond A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Norton Rose Fulbright US LLP | 1301 Mckinney Ste 5100 | | | Houston | TX | 77010 | | | | | X | | | Unknown |
| Norton, Jack M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Norton, John T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Norton, Nancy | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Oberg, Kay | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Occidental Chemical Corporation | 5005 LBJ Freeway | | | Dallas | TX | 75244-6119 | | | Date of SPA - from Loring | X | X | | | Unknown |
| Ochiltree CAD | 825 S. Main  #100 | | | Perryton | TX | 79070 | | | | | X | | | Unknown |
| Olson, Richard O | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Palmese, Edward | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Park, Robert R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Parkowitz, Evelyn F | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Pearlman, Margarette O | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Pension Benefit Guaranty Corporation, Corporate Finance and Restructuring Department | 1200 K Street, N.W., Suite 270 | | | Washington | DC | 20005-4026 | | | Various | X | X | | | Unknown |
| Petro-Land Group, Inc. | 3400 Ge Drive | | | Tyler | TX | 75701 | | | | | | | | $2,614.92 |
| Pfeil, Barbara | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Pfeil, Girard E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Pitman, Ellis R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Polsinelli PC | 900 W. 48Th Place, Suite 900 | | | Kansas | MO | 64112 | | | | | X | | | Unknown |

Midwest Energy Consolidation
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PORTER, SAMUEL, SR., and LOIS | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Poynor, Ray E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Priest, Ray E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Prince, Joseph W | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Quillen, Ann | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Quillen, Richard D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rabe, Robert K | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Raley, Fred C | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Raley, Geneva | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Randolph, Earl L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Reeves, Frank L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Reeves, Hazel | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| REID, RICK | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rice, Joseph N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rice, Maxielee | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rice, Paula | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Ring, John R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Robinson, Carl D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Robinson, Robert E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rodriguez, Marisol | Thomas & Wan LLP | 1710 Sunset Blvd | | Houston | TX | 77005 | | | Pending Litigation | X | X | X | | Unknown |
| Rose, Ira M | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Ross, Warren R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rounds, Darlene | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rounds, Lester D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rowell, Betty | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Rowell, Joe P | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sabo, Eleanore B | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sanders, Billy | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sanders, Lila | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Schneider, Coletta T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Schneider, George | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Scott, Howard O | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Seaton, Joyce F. | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Shelton, Edna L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Showen, Lonnie L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Simmons, Steven | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Simpson, Howard L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sisson, Cecil G | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Skipper, Joseph L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Smith Jr, Samuel L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Smith, Elmer E | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Smith, Harold L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Smoot, Thomas | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sorrels, Hershel D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Speck, Emil | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Spillers, Faye J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Srbinovich, Michael D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Srbinovich, Rosemary | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Stephon, John | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Stevens, Evelyn | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Stevens, Ross D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Stork, Richard H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Sweeney, Anne | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Taylor, Dan R | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Tomlin, Marcyle | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |

MIII Maxus Energy Corporation
Case No. 16-11501
Schedule E/F: Part 2

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toscano, Juan | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Toscano, Maria L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Underwood, Diane | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Underwood, Terry | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Van Caneghem, Geraldine | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Van Meter, Charlene Van | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Vc5 Partners - Rekruiters | 11211 Katy Freeway, Suite 600 | | | Houston | TX | 77079 | | | | | | | | $5,890.00 |
| Vendrick, Phyllis | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Vinson And Elkins | P O  Box 301019 | | | Dallas | TX | 75303-1019 | | | | | X | | | Unknown |
| Vogt, Charles H | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Volanski, John L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Wagner, Alva J | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Walker, Arthur | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Walters, Albert L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Walters, Joye | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Webster, Mark D | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Welch, Naomi L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Wheeler, Charles T | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Wheeler, Debra | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Wheeler, Ollie S | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| WHEELER, OLLIE SCOTT | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Williams, Ruby N | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Williamson, Hearl L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Wilson, Clarence | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Winstead PC | 2728 N. Harwood St, 500 Winstead Bl | | | Dallas | TX | 75201 | | | | | | | | Unknown |
| Worrell, Jay L | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Yarbrough, Donald E. and Betty L. | Gori Julian & Assocaites PC | 156 North Main St | | Edwardsville | IL | 62025 | | | Pending Litigation | X | X | X | | Unknown |
| Yeskoo, Donald A | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Yeskoo, Joan | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| YPF Holdings, Inc. | Chadbourne & Parke LLP | Attn: Howard Seife, Samuel Kohn, Francisco Vazquez | 1301 Avenue of the Americas | New York | NY | 10019-6022 | | | | | | | | $193,186,545.71 |
| Ziegelgruber, H C | Address on File | | | | | | | | Unliquidated Retiree Benefits | | X | | | Unknown |
| Total: | | | | | | | | | | | | | | $193,301,769.98 |

**Fill in this information to identify the case:**

Debtor name  **Maxus Energy Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **16-11501 (CSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

Energy Corporation
Case No. 16-11501
Schedule G

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Expiry Date or Remaining Term | List Contract Number of Any Government Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AETNA US HEALTHCARE | P.O. BOX 13865 | | | PHILADELPHIA | PA | 19101-3865 | | Vendor Contract | | 12/31/2016 | |
| Aluminum Smelting and Refining Company, Inc. | Terry C. Burton, Associate General Counsel | Delaware North Companies | 40 Fountain Plaza | Buffalo | NY | 14202 | | Settlement Agreement | 7/6/2005 | | |
| American Natural Resources Company | 717 Texas St | | | Houston | TX | 77002 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| AmeriTrust Company National Association | 900 Euclid Avenue | | | Cleveland | OH | 44101 | | Rabbi Trust | 12/18/1986 | | |
| ANALYSIS GROUP, INC. | 111 HUNTINGTON AVE, 14TH FLOOR | | | BOSTON | MA | 02199 | | Vendor Contract | 10/27/2015 | | |
| ANDREWS AND KURTH LLP | P O BOX 301276 | | | DALLAS | TX | 75303-1276 | | Vendor Contract | 6/28/2005 | | |
| AON RISK SERVICES SOUTHWEST INC. | 200 E. RANDOLPH STREET | | | CHICAGO | IL | 60601 | | Vendor Contract | 5/29/2015 | 5/29/2016 | |
| AT& T GLOBAL NETWORK LLC | P.O. Box 5091 | | | CAROL STREAM | IL | 60197-5091 | | Vendor Contract | | | |
| AUDI FINANCIAL SERVICES | 1401 FRANKLIN BLVD | | | LIBERTYVILLE | IL | 60048 | | Equipment Lease | | | |
| BB&T INSURANCE DBA SHDR | 7701 Airport Center Drive | | | GREENSBORO | NC | 27409 | | Vendor Contract | 11/8/2010 | | |
| BDO USA LLP | P O BOX 31001-0860 | | | PASADENA | CA | 91110-0860 | | Vendor Contract | | | |
| BEVERIDGE & DIAMOND PC | 1350 I STREE, N.W. | | | WASHINGTON | DC | 20005-3311 | | Vendor Contract | 5/19/2008 | | |
| BMW FINANCIAL SERVICES | P.O. BOX 78103 | | | PHOENIX | AZ | 85062-8103 | | Vendor Contract | 5/21/2013 | | |
| BRENT HALL | 24151 W. 121ST ST | | | OLATHE | KS | 66061 | | Independent Contractor | 10/1/2011 | 11/30/2015 | |
| BRI 1863 Richmond, LLC | P.O. Box 205187 | | | Dallas | TX | 75320-5187 | | Office Lease | 10/1/2013 | 3/1/2021 | |
| BROWN AND CALDWELL | P.O. BOX 45208 | | | SAN FRANCISCO | CA | 94145 | | Vendor Contract | 6/23/1993 | 5/31/2017 | |
| BURNETT STAFFING SPECIALISTS | P.O. Box 973940 | | | DALLAS | TX | 75397 | | Vendor Contract | | | |
| C & S EXECUTIVE INCORPORATED | 48 W. TALLOWBERRY | | | THE WOODLANDS | TX | 77381 | | Vendor Contract | 2/23/2010 | | |
| CAESAR OIL PIPELINE CO LLC | 501 WESTLAKE PARK BLVD | | | HOUSTON | TX | 77079 | | Vendor Contract | 10/31/2005 | | |
| CAP FINANCIAL PARTNERS LLC | 4208 SIX FORKS ROAD SUITE 1700 | | | RALEIGH | NC | 27609 | | Vendor Contract | 7/27/2011 | | |
| CGG SERVICES (US) INC | 10300 TOWN PARK DRIVE | | | HOUSTON | TX | 77072 | | Vendor Contract | 6/28/2005 | | |
| CHEVRON U.S.A. INC. | P.O. BOX 730180 | | | DALLAS | TX | 75373-0180 | | Vendor Contract | 6/1/2009 | | |
| CINTAS DOCUMENT MANAGEMENT | P O BOX 740855 | | | CINCINNATI | OH | 45274-0855 | | Vendor Contract | 5/10/2010 | | |
| CISCO SYSTEMS CAPITAL CORPORATION | PO BOX 41602 | | | PHILADELPHIA | PA | 19101 | | Vendor Contract | 5/5/2010 | 5/1/2013 | |
| CITIBANK NORTH AMERICA INC | 3800 CITIBANK CENTER BLDG B 3RD FLR | | | TAMPA | FL | 33610 | | Vendor Contract | 4/4/2013 | 2/4/2014 | |
| CLEOPATRA GAS GATHERING COMPANY | 4502 E 41ST STREET SUITE 300 | | | TULSA | OK | 74135 | | Vendor Contract | 10/31/2005 | 3/31/2022 | |
| Cliffs Mining Company | 200 Public Square, Suite 3300 | | | Cleveland | OH | 44114-2544 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| Collarini Energy Staffing Inc | 10497 Town and Country Way, Suite 9 | | | Houston | TX | 77024 | | Vendor Contract | 11/14/2007 | | |
| COMPUVISION SYSTEMS | 310 CIRCLE DRIVE | | | ST. ALBERT | AB | T8N 7L5 | Canada | Vendor Contract | 2/29/2012 | 2/28/2014 | |
| CONCUR TECHNOLOGIES | 601 108TH AVENUE NE, SUITE 1000 | | | BELLEVUE | WA | 98004 | | Vendor Contract | 3/2/2015 | | |
| ConocoPhillips Company | 700 Plaza Office Building | | | Bartlesville | OK | 74004 | | Vendor Contract | 7/30/2014 | | |
| Cousins, Inc. | 161 Dartmouth Drive | P.O. Box 787 | | Mansfield | OH | 44901 | | Settlement Agreement | 1/31/2003 | | |
| Crompton Manufacturing Company, Inc. | Joseph LoMenzo Vice President – EHS and Regulatory Affairs | Chemtura Corporation | 199 Benson Road | Middlebury | CT | 06749 | | Settlement Agreement | 8/5/2005 | | |
| CUNNINGHAM DARLOW LLP | 919 Milam, Suite 575 | | | HOUSTON | TX | 77002 | | Vendor Contract | 6/23/2010 | | |
| DAHILL | P.O. BOX 314 | | | SAN ANTONIO | TX | 78292-0314 | | Vendor Contract | 5/8/2010 | 3/31/2019 | |
| Dartron Corporation | | | | | | | | Settlement Agreement | 8/5/2005 | | |
| DATA LOGIC SERVICES CORP. | P.O. BOX 11626 | | | TACOMA | WA | 98411 | | Vendor Contract | 10/1/2005 | 10/1/2008 | |
| de maximus, inc. | 2203 Timberloch Pl Ste 213 | | | Spring | TX | 77380 | | TRUST AGREEMENT - Kearny Peninsula Sites Environmental Remediation Trust Agreement | 4/15/2013 | | |
| DONOVAN & WATKINS | 1400 POST OAK BLVD. STE. 200 | | | HOUSTON | TX | 77056 | | Vendor Contract | 6/20/2011 | | |
| DRINKER BIDDLE AND REATH LLP | P O BOX 627 | | | PRINCETON | NJ | 08542 | | Vendor Contract | | | |
| East Greenfield Investors, LLC | 1207 Lisle Pl Lisle | | 1207 Lisle Pl Lisle | | IL | 60532 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| Elm Street Recreation Company | 240 East Main Street | | | Painesville | OH | 44077 | | Settlement Agreement | 6/23/2006 | | |
| ENBRIDGE OFFSHORE FACILITIES LLC | 1100 Louisiana, Suite 3300 | | | Houston | TX | 77002 | | Oil Transportation Contract | 1/31/2006 | 3/31/2022 | |
| ENBRIDGE OFFSHORE FACILITIES LLC | 1100 Louisiana, Suite 3300 | | | Houston | TX | 77002 | | Gas Gathering Contract | 1/31/2006 | 3/31/2022 | |
| Erie Coke and Chemical Company | Attn: Special Counsel | 1415 Louisiana | Suite 3000 | Houston | TX | 77002 | | Settlement Agreement | 6/12/2006 | | |
| Erie-Coke Properties, Inc. | 8500 Station St. | | | Mentor | OH | 44060 | | Settlement Agreement | 5/18/2004 | | |
| EXPRESS SCRIPTS INC | 21653 NETWORK PLACE | | | CHICAGO | IL | 60673-1216 | | Vendor Contract | 1/1/2013 | | |
| FIDELITY INSTITUTIONAL | P.O. BOX 73307 | | | CHICAGO | IL | 60673 | | Vendor Contract | 2/1/2010 | | |
| FIRST ADVANTAGE SBS | | | | DALLAS | TX | 75284 | | Vendor Contract | 11/25/2014 | | |
| FOLEY AND LARDNER LLP | 777 EAST WISCONSIN AVE | | | MILWAUKEE | WI | 53202 | | Vendor Contract | 8/6/2008 | | |
| GB Biosciences Corporation | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Amendment No. 1 to Settlement Agreement | 5/11/2009 | | |
| GB Biosciences Corporation | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Settlement Agreement ("Arbitration Settlement Agreement") | 1/18/2006 | | |
| GB Biosciences Corporation | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Overall Cost Sharing Agreement | 12/18/2003 | | |

Maxus Energy Corporation
Case No. 16-11501
Schedule G

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Expiry Date or Remaining Term | List Contract Number of Any Government Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GB Biosciences Holdings, Inc. | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Amendment No. 1 to Settlement Agreement | 5/11/2009 | | |
| GB Biosciences Holdings, Inc. | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Settlement Agreement ("Arbitration Settlement Agreement") | 1/18/2006 | | |
| GB Biosciences Holdings, Inc. | 2239 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Overall Cost Sharing Agreement | 12/18/2003 | | |
| GIBBS & BRUNS, LLP | 1100 LOUISIANA ST, SUITE 5300 | | | HOUSTON | TX | 77002 | | Vendor Contract | 6/8/2012 | | |
| Gonzalez, Javier | Address on File | | | | | | | Employment Agreement | 40298 | | |
| Greenstone Assurance, LTD. | C/O MARSH MGMT SVCS LUXEMBOURG | B.P. 2217 | | | | L-1022 | LUXEMBOURG | TRUST AGREEMENT - Assignment, Assumption and Indemnity Agreement, GREENSTONE & IB&M REASSURANCE IRREVOCABLE CHARITABLE TRUST STATEMENT | 11/30/1993 | | |
| HACH EXCAVATING & DEMOLITION | 2000 FAIRPORT NURSERY ROAD | | | PAINESVILLE | OH | 44077 | | Vendor Contract | 5/31/1990 | 6/30/2016 | |
| HANNAFAN & HANNAFAN LTD | ONE EAST WACKER DR, STE 2800 | | | CHICAGO | IL | 60601 | | Vendor Contract | 12/15/2008 | | |
| Heisley Center East Corporation | 9260 Progress Parkway | | | Mendor | OH | 44060 | | Real Estate Purchase and Lease Agreement | 4/15/1993 | 4/14/2018 | |
| IE SMART SYSTEMS LLC | 15200 E. HARDY ROAD | | | HOUSTON | TX | 77032 | | Vendor Contract | 4/21/2011 | | |
| IFM SOLUTIONS SRL | BARRIO LA ALAMEDA 15 | | | NORDELTA | | | ARGENTINA | Vendor Contract | 3/1/2015 | | |
| IHS GLOBAL INC. | P.O. BOX 847193 | | | DALLAS | TX | 75284-7193 | | Vendor Contract | 10/1/2005 | | |
| INTEGRATED BENEFIT SOLUTIONS INC | 2672 WEST LAKE RD | | | PALM HARBOR | FL | 34684 | | Vendor Contract | 3/1/2011 | | |
| International Business & Mercantile Assurance Company | Old Republic International Corporation | 307 N. Michigan Ave | | Chicago | IL | 60601 | | TRUST AGREEMENT - Workmens Compensation Trust, GREENSTONE & IB&M REASSURANCE IRREVOCABLE CHARITABLE TRUST | 3/3/1989 | | |
| IRON MOUNTAIN | P.O. BOX 6150 | | | NEW YORK | NY | 10249-6150 | | Vendor Contract | | | |
| IRON MOUNTAIN | P.O. BOX 915004 | | | DALLAS | TX | 75391-5004 | | Vendor Contract | | | |
| ISK Magnetics, Inc. | 2237 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Amendment No. 1 to Settlement Agreement | 5/11/2009 | | |
| ISK Magnetics, Inc. | 2237 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Settlement Agreement ("Arbitration Settlement Agreement") | 1/18/2006 | | |
| ISK Magnetics, Inc. | 2237 Haden Rd | | | Houston | TX | 77015 | | Greens Bayou: Overall Cost Sharing Agreement | 12/18/2003 | | |
| James Leonard Best | 806 South Elm Boulevard | | | Champaign | IL | 61820 | | Vendor Contract | 3/24/2014 | 12/31/2016 | |
| John H. Pardue | 6104 Riverbrook Drive | | | Baton Rouge | LA | 70820 | | Vendor Contract | 4/14/2014 | | |
| John R. Dusinberre, Esq., LLC | 1 Passaic Avenue | | | Fairfield | NJ | 07004 | | Vendor Contract | 4/17/2014 | | |
| JPMORGAN CHASE BANK N.A. | 21591 NETWORK PLACE | | | CHICAGO | IL | 60673-1215 | | Vendor Contract | 10/11/2007 | | |
| KASOWITZ, BENSON, TORRES & FRIEDMAN | 1633 BROADWAY | | | NEW YORK | NY | 10019 | | Vendor Contract | 7/23/2015 | | |
| KEN HARRY ASSOCIATES INC. | 10333 RICHMOND AVE., SUITE 450 | | | HOUSTON | TX | 77042 | | Vendor Contract | 2/3/2014 | | |
| LEWIS WAGNER LLP | 501 INDIANA AVENUE, STE 200 | | | INDIANAPOLIS | IN | 46202 | | Vendor Contract | | | |
| LEXCO DATA SYSTEMS | P O BOX 692372 | | | HOUSTON | TX | 77269 | | Vendor Contract | 12/11/2001 | | |
| LISKOW & LEWIS APLC | 701 POYDRAS STREET, SUITE 5000 | | | NEW ORLEANS | LA | 70139 | | Vendor Contract | 2/15/2016 | | |
| Lockheed Martin Corporation | Mary P. Morningstar Assistant General Counsel Environmental Law | 6801 Rockledge Drive | | Bethesda | MD | 20817 | | Settlement Agreement | 8/5/2005 | | |
| LONNIE ROBINSON | 24114 MORGAN CEMETERY RD | | | CLEVELAND | OH | 77328 | | Vendor Contract | 1/18/2011 | 2/1/2014 | |
| Louisiana Department of Natural Resources | P.O. Box 94396 | | | Baton Rouge | LA | 70804-9396 | | Ruby Mhire Litigation, Louisiana Settlement - Louisiana Oil Field Liability Legacy Case, brought by owners of land on which Maxus Energy Corporation and/or its predecessors allegedly caused environmental property damage resulting from former oil & gas operations. | | | Docket No. 10-18239; 2008 |
| MANTA RAY OFFSHORE GATHERING CO LLC | 1100 LOUISIANA STREET STE 3300 | | | HOUSTON | TX | 77002 | | Vendor Contract | | 3/1/2022 | |
| MARATHON OIL COMPANY | P.O. BOX 840144 | | | DALLAS | TX | 75284-0144 | | Vendor Contract | 11/4/2013 | | |
| Marcelo H. Garcia | 2718 Valley Brook Drive | | | Champaign | IL | 61822 | | Vendor Contract | 3/24/2014 | 12/31/2016 | |
| MCGRIFF SEIBELS & WILLIAMS INC | 2211 7TH AVENUE SOUTH | | | BIRMINGHAM | AL | 35233 | | Vendor Contract | 1/1/2015 | 12/31/2016 | |
| MEGEL INC | 4809 WESTWAY PARK BLVD | | | HOUSTON | TX | 77041 | | Vendor Contract | 12/22/2011 | | |
| METROPOLITAN LIFE INSURANCE CO. | DEPARTMENT #CH10261 | | | PALATINE | IL | 60055-0261 | | Vendor Contract | | | |
| MORRISON & FOERSTER LLP | 555 MARKET STREET | | | SAN FRANCISCO | CA | 94105 | | Vendor Contract | 11/11/2015 | | |

Horsehead Energy Corporation
Case No. 16-11501
Schedule G

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Expiry Date or Remaining Term | List Contract Number of Any Government Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAUTILUS PIPELINE COMPANY LLC | 1100 LOUISIANA  SUITE 3300 | | | HOUSTON | TX | 77002 | | Vendor Contract | 12/15/2007 | 3/31/2022 | |
| Occidental Chemical Corporation | Occidental Tower | 5005 LBJ Freeway | Suite 2200 | Dallas | TX | 75244-6119 | | Greens Bayou: Amendment No. 1 to Settlement Agreement | 5/11/2009 | | |
| Occidental Chemical Corporation | Occidental Tower | 5005 LBJ Freeway | Suite 2200 | Dallas | TX | 75244-6119 | | Greens Bayou: Settlement Agreement ("Arbitration Settlement Agreement") | 1/18/2006 | | |
| Occidental Chemical Corporation | Occidental Tower | 5005 LBJ Freeway | Suite 2200 | Dallas | TX | 75244-6119 | | Greens Bayou: Overall Cost Sharing Agreement | 12/18/2003 | | |
| Occidental Chemical Corporation | Occidental Tower | 5005 LBJ Freeway | Suite 2200 | Dallas | TX | 75244-6119 | | Greens Bayou Site Side Agreement | 9/20/2011 | | |
| OCCUPATIONAL HEALTH CENTERS | P.O. Box 9005 | | | ADDISON | TX | 75001-9005 | | Vendor Contract | 9/29/2011 | | |
| OCEAN SURVEYS INC | 129 MILL ROCK ROAD E. | | | OLD SAYBROOK | CT | 06475 | | Vendor Contract | 5/5/1993 | | |
| OGLETREE DEAKINS NASH SMOAK & | 918 SOUTH PLEASANTBURG DRIVE | | | GREENVILLE | SC | 29607 | | Vendor Contract | 11/5/2010 | | |
| Ohio Environmental Protection Agency | P.O. Box 1049 | | | Columbus | OH | 43216-1049 | | 2005 AOC for Diamond Shamrock Painesville Works Site | | | |
| OLIVER WYMAN ACTUARIAL CONSULTING | PO BOX 5160 | | | NEW YORK | NY | 10087 | | Vendor Contract | 1/26/2015 | | |
| Painesvilled PRP Group | attn: Diamond Shamrock Site Coordinator | P.O. Box 0188 | | Painesville | OH | 44077 | | De minimis settlement and indemnification agreement for RI/FS Phase Work, Group Organizational Agreement, Group Allocation Agreement, Group Tier 2 Settlement Agreement | 8/28/1995 | | |
| PALEO-DATA INC | 6619 FLEUR DE LIS DR. | | | NEW ORLEANS | LA | 70124 | | Vendor Contract | 1/17/2012 | | |
| PAYCHEX OF NEW YORK LLC | 11777 KATY FRWY SUITE 200 | | | HOUSTON | TX | 77079 | | Vendor Contract | | | |
| PEN * CAL | 6210 STONERIDGE MALL ROAD #300 | | | PLEASANTON | CA | 94588 | | Vendor Contract | 3/31/2003 | | |
| PENSION BENEFIT INFORMATION | PO BOX 10308 | | | SAN RAFAEL | CA | 94912 | | Vendor Contract | 9/28/2015 | | |
| PETRO-LAND GROUP, INC. | 3400 GE DRIVE | | | TYLER | TX | 75701 | | Vendor Contract | 6/9/2015 | | |
| Philips Metal Recovery (USA) Inc. | 755 w. Big Beaver Suite 410 | | | Troy | MI | 48084 | | Settlement Agreement | 1/31/2003 | | |
| PITNEY BOWES GLOBAL FINANCIAL LLC | P O BOX 371887 | | | PITTSBURGH | PA | 15250 | | Equipment Lease | | | |
| Pittsburgh National Bank | 620 Liberty Avenue | | | Pittsburgh | PA | 15222 | | TRUST AGREEMENT - Workmens Compensation Trust, GREENSTONE & IB&M REASSURANCE IRREVOCABLE CHARITABLE TRUST | 3/3/1989 | | |
| Porche, Kyla | Address on File | | | | | | | Employment Agreement | 40165 | | |
| PROCOMP RISK ADVISORS | 6800 W CENTRAL AVE SUITE C3 | | | TOLEDO | OH | 43617 | | Vendor Contract | 2/9/2016 | | |
| PROVISHR LLC | PO BOX 41311 | | | HOUSTON | TX | 77241 | | Vendor Contract | 9/28/2015 | 9/29/2015 | |
| PRUDENTIAL INSURANCE COMPANY | P.O. BOX 101241 | | | ATLANTA | GA | 30392 | | Vendor Contract | | | |
| PVS Chemical Solutions, Inc. | 10900 Harper Ave | | | Detroit | MI | 48213 | | Settlement Agreement | 4/15/2002 | | |
| Quarles & Brady LLP | Solvay Site RI/FS Client Trust Account | Attn: Rachel A. Schneider | 411 East Wisconsin Avenue, Suite 2040 | Milwaukee | WI | 53202-4497 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| RAMBOLL ENVIRON | P.O. BOX 8500-1980 | | | PHILADELPHIA | PA | 19178-1980 | | Vendor Contract | 7/7/2009 | 12/31/2016 | |
| RELIASTAR LIFE INSURANCE COMPANY | 15455 DALLAS PARKWAY, #1250 | | | ADDISON | TX | 75001 | | Vendor Contract | | | |
| RICERCA BIOSCIENCES LLC | 75 REMITTANCE DR SUITE 6118 | | | CHICAGO | IL | 60675-6118 | | Vendor Contract | 1/1/1990 | 10/1/2016 | |
| Rico, Daniel | Address on File | | | | | | | Employment Agreement | 41940 | | |
| ROBERT HALF TECHNOLOGY | P.O. Box 743295 | | | LOS ANGELES | CA | 90074-3295 | | Vendor Contract | 5/4/2010 | | |
| Rohm and Haas California Inc. | 25500 Whitesell Street | P.O. Box 2188 | | Hayward | CA | 94540 | | Remediation Agreement | 5/18/1993 | | |
| Sally K. & Richard N. Westholm | James M. Lyons, Esq. | Lyons & O'Connell | 240 East Main Steet | Painesville | OH | 44077 | | Settlement Agreement | 6/15/2004 | | |
| Scepter Management Corporation, Inc | Attn: Special Counsel | 1415 Louisiana | Suite 3000 | Houston | TX | 77002 | | Settlement Agreement | 6/12/2006 | | |
| SCHLUMBERGER TECHNOLOGY CORPORATION | P. O. BOX 200058 | | | HOUSTON | TX | 77216 | | Vendor Contract | 1/23/2013 | | |
| SEIS-STRAT SERVICES LLC | 1400 POST OAK BLVD 200 | | | HOUSTON | TX | 77056 | | Vendor Contract | 10/14/2008 | | |
| Seton Company | 135 Horton drive | | | Saxton | PA | 16678 | | Confidentiality Agreement | 1/11/2010 | | |
| SHRED-IT USA LLC | 11101 FRANKLIN AVENUE, SUITE 100 | | | FRANKLIN PARK | IL | 60131 | | Vendor Contract | 5/10/2010 | | |
| SIGMA SOLUTIONS INC | P.O. BOX 792766 | | | SAN ANTONIO | TX | 78279 | | Vendor Contract | 7/2/2012 | | |
| STANDARD INSURANCE COMPANY | P.O. BOX 6339 | | | PORTLAND | OR | 97228-6339 | | Vendor Contract | 1/1/2011 | | |
| Stefan Andreas Talke | 6934 SE Yamhill Street | | | Portland | OR | 97215 | | Vendor Contract | 4/28/2014 | 12/31/2016 | |
| STRONG PIPKIN BISSELL LEDYARD LLP | 1400 San Jacinto Bldg, 595 Orleans | | | BEAUMONT | TX | 77701 | | Vendor Contract | | | |
| Tanner Industries, Inc. et al. | 735 Davisville Rd 3rd Fl. | | | Southampton | PA | 18966 | | Settlement Agreement | 3/26/2004 | | |
| Tierra Solutions, Inc. | Two Tower Center Blvd., Floor 10 | | | East Brunswick | NJ | 08816 | | Greens Bayou: Amendment No. 1 to Settlement Agreement | 5/11/2009 | | |
| Tierra Solutions, Inc. | Two Tower Center Blvd., Floor 10 | | | East Brunswick | NJ | 08816 | | Greens Bayou: Settlement Agreement ("Arbitration Settlement Agreement") | 1/18/2006 | | |

Elpaso Energy Corporation
Case No. 16-11501
Schedule G

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Expiry Date or Remaining Term | List Contract Number of Any Government Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tierra Solutions, Inc. | Two Tower Center Blvd., Floor 10 | | | East Brunswick | NJ | 08816 | | Greens Bayou: Overall Cost Sharing Agreement | 12/18/2003 | | |
| Tierra Solutions, Inc. | Two Tower Center Blvd., Floor 10 | | | East Brunswick | NJ | 08816 | | Greens Bayou Site Side Agreement | 9/20/2011 | | |
| TRANSCONTINENTAL GAS PIPELINE LLC | P.O. BOX 301209 | | | DALLAS | TX | 75303-1209 | | Vendor Contract | 6/1/2009 | | |
| TRANSZAP INC | P O BOX 44428 | | | DENVER | CO | 80201 | | Vendor Contract | 7/26/2010 | | |
| TRINOVA ENERGY SERVICES INC | P O BOX 682045 | | | HOUSTON | TX | 77268 | | Vendor Contract | 2/12/2008 | 2/28/2017 | |
| U.S. Bank National Association | 21 South St., 3rd Fl. | | | Morristown | NJ | 07960 | | TRUST AGREEMENT - CENTRAL CHEMICAL SUPERFUND SITE OPERABLE UNIT 1 | 11/5/2015 | | |
| United States Environmental Protection Agency | 1200 Pennsylvania Avenue | | | Washington | DC | 20460 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| United States Environmental Protection Agency | 1200 Pennsylvania Avenue | | | Washington | DC | 20460 | | Central Chemical Superfund Site, Maryland - Central Chemical – Consent Decree Trust Agreement, November 2015 | | | CERCLA Case 1:15-cv-02426-RDB |
| US BANK - CENTRAL CHEMICAL SUPER FUND | 21 SOUTH STREET 3RD FLOOR | | | MORRISTOWN | NJ | 07960 | | Vendor Contract | 11/5/2015 | | |
| VCS Partners - REKRUITERS | 11211 Katy Freeway, Suite 600 | | | Houston | TX | 77079 | | Vendor Contract | 2/14/2014 | 2/17/2014 | |
| VINSON AND ELKINS | P O BOX 301019 | | | DALLAS | TX | 75303-1019 | | Vendor Contract | | | |
| VISION SERVICE PLAN | P. O. BOX 997100 | | | SACRAMENTO | CA | 95899 | | Vendor Contract | 1/1/2014 | 1/1/2016 | |
| VISTA ANALYTICAL LABORATORY INC. | 1104 WINDFIELD WAY | | | EL DORADO HILLS | CA | 95762 | | Vendor Contract | 11/4/1992 | 6/1/2017 | |
| William H. Farland Consulting,LLC | 88 Eastward | | | Rockport | ME | 04856 | | Vendor Contract | 4/21/2014 | 10/31/2014 | |
| WILLIAMS FIELD SERVICES | P.O. BOX 645 | | | TULSA | OK | 74101 | | Vendor Contract | 6/1/2009 | | |
| WINSTEAD PC | 2728 N. HARWOOD ST, 500 WINSTEAD BL | | | DALLAS | TX | 75201 | | Vendor Contract | 2/1/2008 | | |
| Wisconsin Electric Power Company | We Energies | PO Box 2046 | | Milwaukee | WI | 53201-2046 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| Wisconsin Gas LLC | We Energies | PO Box 2046 | | Milwaukee | WI | 53201-2046 | | TRUST AGREEMENT - SOLVAY SITE RI/FS TRUST AGREEMENT | 3/30/2007 | | |
| YOUNG CONAWAY STARGATT & TAYLOR | RODNEY SQUARE, 1000 NORTH KING ST | | | WILMINGTON | DE | 19801 | | Vendor Contract | 7/23/2012 | | |

| Fill in this information to identify the case: |
| --- |

Debtor name      **Maxus Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11501 (CSS)**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
| --- | --- | --- | --- | --- | --- | --- |
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Maxus Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-11501 (CSS)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2016**        X **/s/ Roberto Fernando Segovia**
                                        Signature of individual signing on behalf of debtor

                                        **Roberto Fernando Segovia**
                                        Printed name

                                        **Accounting and Finance Director**
                                        Position or relationship to debtor