# EXHIBIT A



105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

## REMITTANCE ADVICE

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier Gonzalez, Esquire

| Invoice Number: | 15021721 |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: Passaic River Litigation**

For services through November 30, 2016

| | |
| --- | --- |
| Current Fees | 10,573.68 |
| Less 10% Courtesy Discount | (1,057.37) |
| Fees Less Discount | 9,516.31 |
| Current Expenses | 621.36 |

**Total Amount Due This Invoice**                                           **$10,137.67**

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
| --- | --- | --- | --- | --- |
| 08/25/16 | 14988828 | $51,629.49 | ($6,139.02) | $45,490.47 |
| 09/15/16 | 14993695 | $103,632.09 | $0.00 | $103,632.09 |
| 10/26/16 | 15005094 | $1,236.05 | $0.00 | $1,236.05 |
| 11/21/16 | 15013049 | $13,199.69 | $0.00 | $13,199.69 |

Prior Balance Due                                                           163,558.30

**Total Balance Due**                                                   **$173,695.97**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
**L L P**

**Wire Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| ABA #: | 026-009-593 |
| Acct. No.: | 4201031226 |
| Acct. Name.: | Drinker Biddle & Reath LLP |
| | NJ Business Depository Account |
| Bank Address: | 656 Plainsboro Road |
| | Plainsboro, NJ 08536 |
| Reference: | *Redacted* / 15021721 |

**Checks:**

Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542-0627

**ACH Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| Acct : | Drinker Biddle & Reath LLP |
| ABA#: | 021-200-339 |
| Acct No: | 004201031226 |

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**



105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX 77042
Attn: Javier Gonzalez, Esquire

| | |
|---|---|
| Invoice Number: | 15021721 |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: Passaic River Litigation**

For professional services rendered through November 30, 2016

**Fees**

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| **Task** | **Code** | | **L110    Fact Investigation/Development** | | |
| 11/18/16 | JP Mitchell | | Review remand decision; emails and conference with W. Warren regarding remand; research and review case law regarding same. | 2.10 | 906.36 |
| 11/22/16 | VE Gentile | | Review of decision on remand of Repsol claims; e-mail re: possible arguments for finality of judgment. | 0.60 | 355.68 |
| 11/22/16 | JP Mitchell | | Telephone conference with Appellate Division regarding finality of appeal. | 0.10 | 43.16 |
| 11/22/16 | JP Mitchell | | Draft and revise memo regarding appeals; research and review additional case law regarding bankruptcy issues; emails with W. Warren; additional revisions to memo. | 5.20 | 2,244.32 |
| | | | **Total L110** | **8.00** | **3,549.52** |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| **Task** | **Code** | | **L112    Other Factual Investigation/Development** | | |
| 11/01/16 | S Gigliotti | | Communicate with C. Cacicio regarding Maxus boxes to be returned for archival; confer with S. Gemsa regarding same. | 0.20 | 49.92 |
| | | | **Total L112** | **0.20** | **49.92** |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| **Task** | **Code** | | **L141    Document/File Management** | | |
| 11/02/16 | S Gigliotti | | Review and organize circulations from W. Warren; coordinate updates to file; communicate with C. Cacicio regarding Maxus boxes for archival; confer with S. Gemsa regarding same. | 2.10 | 524.16 |
| 11/07/16 | S Gigliotti | | Communicate with C. Cacicio regarding Maxus materials to be returned to Iron Mountain; prepare updated index of same. | 0.20 | 49.92 |

| Task | Code | | Hours | Amount |
|------|------|---|-------|--------|
| | | **L141        Document/File Management** | | |
| 11/08/16 | S Gigliotti | Review and organize materials for file; confer with W. Warren regarding same. | 1.00 | 249.60 |
| 11/10/16 | S Gigliotti | Review communication from T. Starnes regarding disposition of files; communicate with K. Alexander regarding same; review and organize documents for file. | 1.60 | 399.36 |
| 11/11/16 | S Gigliotti | Communicate with C. Cacicio regarding Maxus materials; review and organize documents regarding disposition; communicate with T. Starnes and W. Warren regarding same. | 1.50 | 374.40 |
| 11/21/16 | S Gigliotti | Communicate with C. Cacicio regarding Maxus archival materials; review communication from E. Evens regarding scanned files. | 0.40 | 99.84 |
| 11/28/16 | S Gigliotti | Confer with J. Mitchell regarding request from TIG; review materials regarding same. | 0.30 | 74.88 |
| | | **Total L141** | **7.10** | **1,772.16** |

| Task | Code | | Hours | Amount |
|------|------|---|-------|--------|
| | | **L192        Other Case Assessment, Development and Adminis** | | |
| 11/01/16 | WL Warren | Email to J. Gonzalez with excerpts from Occidental Petroleum 10-Q. | 0.10 | 63.44 |
| 11/03/16 | WL Warren | Review and transmit to J. Gonzalez Community Advisory Group meeting agenda. | 0.10 | 63.44 |
| 11/04/16 | WL Warren | Review news article regarding NRD settlement and transmit to J. Gonzalez. | 0.20 | 126.88 |
| 11/09/16 | WL Warren | Review Newell Brands form 10-Q and transmit to J. Gonzalez. | 0.10 | 63.44 |
| 11/09/16 | WL Warren | Email with historical attachment from A. Lawrence and comments provided to A. Lawrence. | 0.40 | 253.76 |
| 11/10/16 | WL Warren | Email from J. Gonzalez requesting certain rulings and state litigation and respond. | 0.30 | 190.32 |
| 11/13/16 | WL Warren | Emails to and from S. Gigliotti regarding deposition confidentiality and email from A. Lawrence regarding same. | 0.20 | 126.88 |
| 11/14/16 | WL Warren | Email to A. Lawrence regarding deposition transcripts. | 0.10 | 63.44 |
| 11/14/16 | WL Warren | Emails to and from A. Lawrence regarding motion to remand. | 0.30 | 190.32 |
| 11/14/16 | WL Warren | Emails from and to A. Lawrence regarding deposition transcripts. | 0.10 | 63.44 |
| 11/14/16 | WL Warren | Various emails relating to deposition transcripts. | 0.20 | 126.88 |
| 11/15/16 | WL Warren | Review email from client. | 0.20 | 126.88 |

| Task | Code | L192          Other Case Assessment, Development and Adminis | Hours | Amount |
|------|------|-------------------------------------------------------------|-------|--------|
| 11/16/16 | WL Warren | Review news articles concerning Repsol claims and transmit to client. | 0.20 | 126.88 |
| 11/16/16 | WL Warren | Emails from and to J. Wishnew regarding letters of credit. | 0.10 | 63.44 |
| 11/16/16 | WL Warren | Email to J. Gonzalez, et al. with various documents concerning letter of credit. | 0.30 | 190.32 |
| 11/16/16 | WL Warren | Emails and research to be received by Maxus. | 0.40 | 253.76 |
| 11/16/16 | WL Warren | Review Repsol remand opinion. | 0.10 | 63.44 |
| 11/16/16 | WL Warren | Telephone conference with J. Gonzalez, D. Rabbe, D. Valance, et al. regarding discussion of EPA de minimis negotiations. | 1.50 | 951.60 |
| 11/16/16 | WL Warren | Telephone conference with J. Gonzalez, et al. regarding Repsol remand in preparation for telephone conference. | 0.60 | 380.64 |
| 11/17/16 | WL Warren | Telephone conference with D. Valance, et al. regarding EPA meeting update and Passaic allocation vendor issues. | 0.90 | 570.96 |
| 11/18/16 | WL Warren | Review news article concerning Repsol remand and email to J. Gonzales. | 0.10 | 63.44 |
| 11/18/16 | WL Warren | Emails from and to A. Lawrence regarding N.J. appeal procedure relating to Repsol remand. | 0.10 | 63.44 |
| 11/18/16 | WL Warren | Work on producing deposition transcripts. | 0.10 | 63.44 |
| 11/21/16 | WL Warren | Conference with J. Mitchell regarding interlocutory appeals and review memoranda regarding same. | 0.50 | 317.20 |
| 11/22/16 | WL Warren | Review and comment on memorandum from J. Mitchell regarding remand and appeals for court claims between OCC and Repsol. | 0.60 | 380.64 |
| 11/22/16 | WL Warren | Email to A. Lawrence regarding state claims between OCC and Repsol. | 0.10 | 63.44 |
| 11/22/16 | WL Warren | Emails from and to A. Lawrence regarding appeal of Repsol claims against Occidental. | 0.20 | 126.88 |
| 11/29/16 | WL Warren | Review news article regarding Passaic River NRD and email to J. Gonzalez. | 0.10 | 63.44 |
| | | **Total L192** | **8.20** | **5,202.08** |

Current Fees                                                                                                     $10,573.68

Less 10% Courtesy Discount                                                                      (1,057.37)

Net Total Fees                                                                                                    $9,516.31

Redacted        Maxus Energy Corporation (035005)              Invoice No. 15021721
Redacted        Passaic River Litigation                            Page 4
December 20, 2016

### Time and Fee Summary

| Timekeeper | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| WL Warren | Partner | $634.40 | 8.20 | $5,202.08 |
| VE Gentile | Partner | $592.80 | 0.60 | $355.68 |
| JP Mitchell | Counsel | $431.60 | 7.40 | $3,193.84 |
| S Gigliotti | Paralegal | $249.60 | 7.30 | $1,822.08 |
| Totals | | | 23.50 | $10,573.68 |

### Summary of Task Amounts

| Task | | Activity | | Hours | Fees |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1 | Main Case: Environmental Claims | 8.00 | 3,549.52 |
| | **Task L110 TOTAL** | | | **8.00** | **3,549.52** |
| L112 | Other Factual Investigation/Developme | 4 | Undifferentiated/Multi-Component | 0.20 | 49.92 |
| | **Task L112 TOTAL** | | | **0.20** | **49.92** |
| L141 | Document/File Management | 4 | Undifferentiated/Multi-Component | 7.10 | 1,772.16 |
| | **Task L141 TOTAL** | | | **7.10** | **1,772.16** |
| L192 | Other Case Assessment, Development an | 1 | Main Case: Environmental Claims | 8.20 | 5,202.08 |
| | **Task L192 TOTAL** | | | **8.20** | **5,202.08** |
| Total | | | | 23.50 | 10,573.68 |

### Expenses

| | | |
|---|---|---|
| Computer Assisted Research (Lexis) | 5.88 | |
| Car Rental - King Limo Princeton Trip to Boston to meeting with expert | 260.98 | |
| Court Reporter Service - Summit Court Reporting Court reporter charge - Jason C. Kinnell - 2/26/16 | 354.50 | |
| Total Current Expenses | | $621.36 |

**Total this Invoice**                                        **$10,137.67**

Payment for legal services is due within 30 days of invoice date.

# DrinkerBiddle&Reath
### L L P

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier Gonzalez, Esquire

| Invoice Number: | 15021646 |
| --- | --- |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: Bankruptcy Project**

For professional services rendered through November 30, 2016

**Fees**

| | | | | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| **Task** | **Code** | | **1    Matter Management/Strategic Planning** | | |
| 11/14/16 | JP Mitchell | | Emails with S. Gigliotti and emails with W. Warren regarding confidentiality of deposition transcripts. | 0.20 | 86.32 |
| 11/16/16 | JP Mitchell | | Emails with S. Gigliotti regarding transcripts. | 0.10 | 43.16 |
| 11/17/16 | JP Mitchell | | Review deposition transcripts and emails with S. Gigliotti regarding confidentiality issues; review confidentiality orders. | 0.60 | 258.96 |
| 11/21/16 | JP Mitchell | | Draft and revise memo regarding bankruptcy stay and remand of Repsol claims; telephone conference with Appellate Division regarding same; research and review additional case law; emails with W. Warren regarding NJDEP remedy selection rights; review prior settlement regarding same. | 3.30 | 1,424.28 |
| | | **Total 1** | | **4.20** | **1,812.72** |
| | | | | Hours | Amount |
| **Task** | **Code** | | **13    Review/Analysis** | | |
| 11/09/16 | TE Starnes | | Review and respond to email from W. Warren re: ownership history of Lister Site.  Review email from J. Mitchell re: same.  Review background materials re: same. | 0.60 | 371.28 |
| 11/17/16 | TE Starnes | | Review and reply to email from W. Warren re: confidential designations on deposition transcripts  Read email from S. Gigliotti: Maxus  Composed email to J. Mitchell, S. Gigliotti, William L. Warren: RE: Maxus | 0.20 | 123.76 |
| | | **Total 13** | | **0.80** | **495.04** |

|       |       |       | Hours | Amount |
|-------|-------|-------|-------|--------|
| **Task** | **Code** | **2    Case Management** | | |
| 11/15/16 | S Gigliotti | Confer with clerk regarding maintenance of pleadings; review and organize same; review and organize depositions as requested by W. Warren. | 1.50 | 374.40 |
| 11/16/16 | S Gigliotti | Confer with clerk regarding maintenance of pleadings; review and organize same; review and organize depositions as requested by W. Warren. | 5.20 | 1,297.92 |
| 11/17/16 | S Gigliotti | Confer with clerk regarding maintenance of pleadings; review and organize same; review and organize depositions as requested by W. Warren; communicate with J. Mitchell and T. Starnes regarding confidentiality. | 3.10 | 773.76 |
| | | **Total 2** | **9.80** | **2,446.08** |

|       |       |       | Hours | Amount |
|-------|-------|-------|-------|--------|
| **Task** | **Code** | **8    Bankruptcy** | | |
| 11/01/16 | WL Warren | Email to J. Gonzalez with proposed budget and staffing plan. | 0.10 | 63.44 |
| 11/01/16 | J Argentina | Review order appointing fee examiner in light of interim report on DBR first fee application. | 0.20 | 78.00 |
| 11/01/16 | J Argentina | Draft email to S. Kortanek regarding order appointing fee examiner in light of interim report on DBR first fee application. | 0.10 | 39.00 |
| 11/01/16 | J Argentina | Draft email to S. Kortanek regarding September DBR monthly fee application. | 0.10 | 39.00 |
| 11/01/16 | J Argentina | Review and revise September DBR monthly fee application. | 1.10 | 429.00 |
| 11/01/16 | J Argentina | Draft email to S. Kortanek regarding open issues with fee applications. | 0.20 | 78.00 |
| 11/01/16 | AJ Groesch | Review fee examiner question and correspond with Joe Argentina re same. | 0.50 | 150.80 |
| 11/03/16 | J Argentina | Analyze impact of upcoming rate increase in Maxus matter. | 0.60 | 234.00 |
| 11/04/16 | WL Warren | Review news article regarding bankruptcy proceeding and transmit to J. Gonzalez. | 0.10 | 63.44 |
| 11/07/16 | J Argentina | Finalize and coordinate filing of August monthly fee application. | 0.60 | 234.00 |
| 11/07/16 | AJ Groesch | Proof and revise exhibits; finalize and file Second Monthly fee application; send pdf to Prime Clerk to insure timely service. | 1.00 | 301.60 |
| 11/09/16 | J Argentina | Analyze issues related to June 2016 unpaid time and client overpayment to DBR and related emails with B. Warren. | 0.50 | 195.00 |
| 11/09/16 | J Argentina | Draft email to A. Groesch regarding fee examiner report on DBR fee application. | 0.20 | 78.00 |

*Redacted*     Maxus Energy Corporation (035005)     Invoice No. 15021646
*Redacted*     Bankruptcy Project     Page 3
December 20, 2016

| Task | Code | 8    Bankruptcy | Hours | Amount |
|------|------|--------------------------|-------|--------|
| 11/10/16 | AJ Groesch | Review Fee Examiner Interim Report and research questions with respect to First Monthly Fee Application; draft email of follow items and circulate to S. Kortanek and J. Argentina. | 1.50 | 452.40 |
| 11/11/16 | SK Kortanek | Finalize detailed responses to fee examiner regarding Drinker Biddle interim quarterly application | 1.10 | 742.50 |
| 11/11/16 | J Argentina | Call with S. Kortanek regarding issues in Fee Examiner initial report. | 0.20 | 78.00 |
| 11/11/16 | J Argentina | Draft email to W. Warren regarding response to fee examiner report. | 0.10 | 39.00 |
| 11/11/16 | J Argentina | Finalize and coordinate fling of supplement to quarterly fee application. | 0.30 | 117.00 |
| 11/11/16 | AJ Groesch | Discuss revising supplemental to first interim fee application with J. Argentina and next steps. | 0.30 | 90.48 |
| 11/14/16 | SK Kortanek | Review and draft follow-up responses regarding first interim monthly application of Drinker Biddle (0.4) / Email correspondence exchange with fee examiner regarding follow-up and supplemental responses from Drinker Biddle (0.3) | 0.70 | 472.50 |
| 11/14/16 | SK Kortanek | Review final fee report of fee auditor regarding Drinker Biddle first interim fee application. | 0.30 | 202.50 |
| 11/14/16 | J Argentina | Draft emails to S. Kortanek regarding analysis of fee examiner issues in DBR July fee application. | 0.40 | 156.00 |
| 11/14/16 | J Argentina | Analyze questions raised by fee examiner related to DBR July fee application. | 0.70 | 273.00 |
| 11/14/16 | J Argentina | Draft emails to A. Groesch regarding revisions to supplement to quarterly application and related issues in response to fee examiner report. | 0.40 | 156.00 |
| 11/14/16 | J Argentina | Email correspondence with W. Warren regarding travel expenses and fees included in July 2016 monthly fee applicaiton. | 0.30 | 117.00 |
| 11/14/16 | J Argentina | Review draft final fee examiner report related to DBR first monthly fee application. | 0.80 | 312.00 |
| 11/14/16 | J Argentina | Email correspondence with S. Kortanek regarding draft final fee examiner report related to DBR first monthly fee application. | 0.30 | 117.00 |
| 11/14/16 | AJ Groesch | Review and revise DBR Supplement to First Interim Fee Application based on negotiations with the Fee Examiner. | 3.50 | 1,055.60 |
| 11/16/16 | SK Kortanek | Email correspondence exchange with W Warren regarding subpoena to the Company and related issues | 0.40 | 270.00 |
| 11/17/16 | J Argentina | Call with A. Groesch regarding revisions to supplement to interim application. | 0.30 | 117.00 |

| Task | Code | 8    Bankruptcy | Hours | Amount |
|---|---|---|---|---|
| 11/17/16 | J Argentina | Review revised supplement to first quarterly interim application. | 0.20 | 78.00 |
| 11/17/16 | AJ Groesch | Review revised Supplement to First Interim Fee Application with J. Argentina; confirm status of post-petition payments from Maxus; correspond regarding additional revisions to supplement. | 0.80 | 241.28 |
| 11/21/16 | SK Kortanek | Review Drinker Biddle fee exhibit detail for October 2016 | 0.40 | 270.00 |
| 11/21/16 | SK Kortanek | Review and revised first interim supplement for Drinker Biddle | 0.30 | 202.50 |
| 11/21/16 | SK Kortanek | Review October fee application draft for Drinker Biddle | 0.40 | 270.00 |
| 11/21/16 | J Argentina | Draft emails to W. Warren and S. Kortanek regarding supplement to quarterly fee application and September monthly fee application. | 0.30 | 117.00 |
| 11/21/16 | J Argentina | Revise supplement to quarterly application. | 0.30 | 117.00 |
| 11/21/16 | J Argentina | Calls (x3) with A. Groesch regarding revisions to quarterly fee supplement. | 0.40 | 156.00 |
| 11/21/16 | AJ Groesch | Discuss final revisions to Supplement to Interim Fee Application; finalize supplement and circulate redline. | 0.70 | 211.12 |
| 11/22/16 | J Argentina | Draft emails with W. Warren and others regarding revisions to September billings in light of unreleased time entries. | 0.30 | 117.00 |
| 11/22/16 | AJ Groesch | Finalize Supplemental Disclosures regarding First Interim Fee Application; review revised invoices for third monthly fee application; discuss finalizing third monthly fee application with J. Argentina. | 1.00 | 301.60 |
| 11/23/16 | J Argentina | Email to A. Groesch regarding revised invoices for September fee application. | 0.10 | 39.00 |
| 11/28/16 | AJ Groesch | Revise Monthly Fee Application for September, 2016 with revised invoice. | 1.00 | 301.60 |
| 11/29/16 | J Argentina | Email correspondence with A. Groesch regarding revised DBR monthly fee application and related documents. | 0.20 | 78.00 |
| 11/29/16 | AJ Groesch | Finalize Third Monthly Fee Application and exhibits; discuss timing of filing and service with J. Argentina. | 0.70 | 211.12 |
| 11/30/16 | SK Kortanek | Email exchanges with William Warren and Joe Argentina regarding fee and retainer reconciliation (0.3) / Prepare memo on analysis and reconciliation of retainer per interim fee order, U.S. Trustee discussions and agreement with Fee Examiner (0.6) / Review and revise interim fee application for Drinker Biddle for September 2016 (0.5) | 1.40 | 945.00 |
| 11/30/16 | J Argentina | Draft email to A. Malone and W. Warren regarding payment of fees to date. | 0.10 | 39.00 |
| 11/30/16 | J Argentina | Investigate status of order granting interim applications. | 0.50 | 195.00 |

| Task | Code | 8    Bankruptcy | Hours | Amount |
|------|------|------|------|------|
| 11/30/16 | J Argentina | Review revised September fee application. | 0.20 | 78.00 |
| 11/30/16 | J Argentina | Draft email to W. Warren regarding revised September fee application. | 0.10 | 39.00 |
| 11/30/16 | J Argentina | Draft email with exhibits to S. Kortanek regarding revised September fee application. | 0.20 | 78.00 |
| 11/30/16 | J Argentina | Draft email with exhibits to S. Kortanek regarding status of order granting interim applications. | 0.20 | 78.00 |
| 11/30/16 | AJ Groesch | Prepare Third Monthly fee application for filing; finalize and electronically file DBR's Third Monthly fee application; send out for service; | 0.80 | 241.28 |
| | | **Total 8** | **27.50** | **11,155.76** |
| | Current Fees | | | $15,909.60 |
| | Less 10% Courtesy Discount | | | (1,590.96) |
| | Net Total Fees | | | $14,318.64 |

**Time and Fee Summary**

| Timekeeper | Title | Rate | Hours | Fees |
|------------|-------|------|-------|------|
| SK Kortanek | Partner | $675.00 | 5.00 | $3,375.00 |
| WL Warren | Partner | $634.40 | 0.20 | $126.88 |
| TE Starnes | Partner | $618.80 | 0.80 | $495.04 |
| JP Mitchell | Counsel | $431.60 | 4.20 | $1,812.72 |
| J Argentina | Associate | $390.00 | 10.50 | $4,095.00 |
| AJ Groesch | Paralegal | $301.60 | 11.80 | $3,558.88 |
| S Gigliotti | Paralegal | $249.60 | 9.80 | $2,446.08 |
| Totals | | | 42.30 | $15,909.60 |

*Redacted*    Maxus Energy Corporation (035005)                                 Invoice No. 15021646
*Redacted*    Bankruptcy Project                                        Page 6
December 20, 2016

**Summary of Task Amounts**

| Task | Activity | Hours | Fees |
|------|----------|-------|------|
| 1 | Matter Management/Strategic Planning | 4.20 | 1,812.72 |
| | **Task 1 TOTAL** | **4.20** | **1,812.72** |
| 13 | Review/Analysis | 0.80 | 495.04 |
| | **Task 13 TOTAL** | **0.80** | **495.04** |
| 2 | Case Management | 9.80 | 2,446.08 |
| | **Task 2 TOTAL** | **9.80** | **2,446.08** |
| 8 | Bankruptcy | 27.50 | 11,155.76 |
| | **Task 8 TOTAL** | **27.50** | **11,155.76** |
| Total | | 42.30 | 15,909.60 |

**Expenses**

| | | |
|---|---|---|
| Computer Assisted Research (Westlaw) | 614.19 | |
| Searches | 133.60 | |
| Total Current Expenses | | $747.79 |

**Total this Invoice**                                    **$15,066.43**

Payment for legal services is due within 30 days of invoice date.

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
### L L P

## REMITTANCE ADVICE

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier Gonzalez, Esquire

| | |
|---|---|
| Invoice Number: | 15021646 |
| Invoice Date: | 12/20/2016 |
| Client Number: | *Redacted* |
| Matter Number: | *Redacted* |

**Re: Bankruptcy Project**

For services through November 30, 2016

| | |
|---|---|
| Current Fees | 15,909.60 |
| Less 10% Courtesy Discount | (1,590.96) |
| Fees Less Discount | 14,318.64 |
| Current Expenses | 747.79 |

**Total Amount Due This Invoice**      **$15,066.43**

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/25/16 | 14988834 | $34,532.10 | ($46.40) | $34,485.70 |
| 09/15/16 | 14993859 | $19,501.39 | $0.00 | $19,501.39 |
| 10/26/16 | 15005092 | $8,215.05 | $0.00 | $8,215.05 |
| 11/21/16 | 15013053 | $12,109.86 | $0.00 | $12,109.86 |

Prior Balance Due      74,312.00

**Total Balance Due**      **$89,378.43**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
### L L P

**Wire Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| ABA #: | 026-009-593 |
| Acct. No.: | 4201031226 |
| Acct. Name.: | Drinker Biddle & Reath LLP |
| | NJ Business Depository Account |
| Bank Address: | 656 Plainsboro Road |
| | Plainsboro, NJ 08536 |
| | |
| Reference: | *Redacted* / 15021646 |

**Checks:**

Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542-0627

**ACH Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| Acct : | Drinker Biddle & Reath LLP |
| ABA#: | 021-200-339 |
| Acct No: | 004201031226 |

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
## L L P

| | |
|---|---|
| Maxus Energy Corporation | Invoice Number: 15021643 |
| 10333 Richmond Avenue | Invoice Date: 12/20/2016 |
| Suite 1050 | *Redacted* *Redacted* |
| Houston, TX 77042 | *Redacted* *Redacted* |
| Attn: Javier J. Gonzalez, Esquire | |

**Re: SCCC Site**

For professional services rendered through November 30, 2016

**Fees**

| | | | | |
|---|---|---|---|---|
| 11/01/16 | LA Mills | Email from T. Pearce; email from C. McChesney; email from F. Parigi; email from T. Jordan; email from L. Kurzweil. | 0.20 | 109.20 |
| 11/02/16 | LA Mills | Email from J. Zubrow; email from L. Kurzweil; email to Group (all re: communication from A. Hess). | 0.20 | 109.20 |
| 11/07/16 | LA Mills | Review Key RI/FFS invoices and claims submission regarding same (0.3); emails from T. Pearce, M. Slenska and L. Kurzweil (0.1); telephone conference with T. Jordan (0.3). | 0.70 | 382.20 |
| 11/09/16 | LA Mills | Email from T. Jordan with email from M. Slenska regarding FTS/HCTS Funding approvals (0.1); email from L. Kurzweil; email from J. Zubrow (0.1). | 0.10 | 54.60 |
| 11/10/16 | LA Mills | Review draft Progress Report; e-mail from J. McTigue with comments/questions to same; e-mail from J. Zubrow with response to comments. | 0.50 | 273.00 |
| 11/11/16 | LA Mills | E-mail from M. Slenska with Morris comments on Remedial Design/Redevelopment issues in connection with meeting between EPA and NJ Senators Booker and Menendez; e-mails from L. Kurzweil regarding same; e-mail from and to C. McCesrey regarding same; e-mail from G. Gengel (.6); e-mail from S. Ameel (.1). | 0.70 | 382.20 |
| 11/14/16 | LA Mills | Emails from T. Kantorczyk (.1); prepare for telephone call with OXY to provide briefing on site history, agreements, status, etc. (.1); reviewing various agreements, file documents, etc. relevant to same. (3.3) | 3.40 | 1,856.40 |
| 11/15/16 | LA Mills | Prepare for and telephone call with T. Jordan (.7); continue preparation for telephone call with D. Vallance, T. Jordan, F. Parigi and S. Arakere (2.4); post call follow-up with T. Jordan (.4); review proofs of claim by Group Members, PGT Trust and Kearny Peninsula Trust (.8); review Kearny Trust invoice (.1); email to F. Parigi, S. Arakere, T. Jordan and D. Vallance re: Joint Defense Agreement (.1) | 4.50 | 2,457.00 |

Maxus Energy Corporation
SCCC Site
*Redacted*

December 20, 2016
Invoice No. 15021643
Page 2

| 11/16/16 | LA Mills | Prepare for and participate on call with AOC Respondent Group re: HCIA, EPA schedule, etc; post call telephone conference with T. Jordan (1.7); e-mail from T. Jordan; e-mail from G. Gengel (.1). | 1.80 | 982.80 |
|----------|----------|---|------|--------|
| 11/17/16 | LA Mills | Email from J. Zubrow regarding communication from EPA. | 0.20 | 109.20 |
| 11/18/16 | LA Mills | Review file regarding historic positions on Site Allocation in follow up to Oxy call on transition issues (0.5). | 0.50 | 273.00 |
| 11/21/16 | LA Mills | Email from J. Hagy; review key invoice for work in August 2016 (0.1). | 0.10 | 54.60 |
| 11/29/16 | LA Mills | Email from J. Zubrow; email from L. Kurzweil; email from C. McChesney all regarding call from EPA concerning Seaboard Site within SCCC Barrier Wall. | 0.30 | 163.80 |
| 11/30/16 | LA Mills | Emails from L. Kurzweil; email from J. Zubrow; emails from M. Slenska; review correspondence from Beazer regarding NJDEP attempt to place Seaboard Site under NJDEP Direct oversight. | 0.50 | 273.00 |
| | | Current Hours/Fees | 13.70 | $7,480.20 |

Less 10% Courtesy Discount  (748.02)

Net Total Fees  $6,732.18

**Time and Fee Summary**

| Timekeeper | Title | Rate | Hours | Fees |
|------------|-------|------|-------|------|
| LA Mills | Partner | $546.00 | 13.70 | $7,480.20 |
| Totals | | | 13.70 | $7,480.20 |

**Total this Invoice**  **$6,732.18**

Payment for legal services is due within 30 days of invoice date.



105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

## REMITTANCE ADVICE

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier J. Gonzalez, Esquire

| | |
|---|---|
| Invoice Number: | 15021643 |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: SCCC Site**

For services through November 30, 2016

| | |
|---|---|
| Current Fees | 7,480.20 |
| Less 10% Courtesy Discount | (748.02) |
| Fees Less Discount | 6,732.18 |

**Total Amount Due This Invoice**                                   $6,732.18

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/25/16 | 14988829 | $35,144.25 | ($8.36) | $35,135.89 |
| 09/16/16 | 14993734 | $16,125.88 | $0.00 | $16,125.88 |
| 10/28/16 | 15005097 | $10,388.04 | $0.00 | $10,388.04 |
| 11/21/16 | 15013051 | $5,323.03 | $0.00 | $5,323.03 |

Prior Balance Due                                                              66,972.84

**Total Balance Due**                                                         $73,705.02

# DrinkerBiddle&Reath
### L L P

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

**Wire Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| ABA #: | 026-009-593 |
| Acct. No.: | 4201031226 |
| Acct. Name.: | Drinker Biddle & Reath LLP |
| | NJ Business Depository Account |
| Bank Address: | 656 Plainsboro Road |
| | Plainsboro, NJ 08536 |

Reference:     *Redacted* / 15021643

**Checks:**

Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542-0627

**ACH Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| Acct : | Drinker Biddle & Reath LLP |
| ABA#: | 021-200-339 |
| Acct No: | 004201031226 |

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
### L L P

| | |
|---|---|
| Maxus Energy Corporation | Invoice Number: |
| 10333 Richmond Avenue | Invoice Date: |
| Suite 1050 | *Redacted* |
| Houston, TX 77042 | *Redacted* |
| Attn: Javier J. Gonzalez, Esquire | |

| | |
|---|---|
| 15021639 | |
| 12/20/2016 | |
| *Redacted* | |
| *Redacted* | |

**Re: Hudson County Chromium (003106-0001) 003106-0001**

For professional services rendered through November 30, 2016

**Fees**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/16 | LA Mills | Emails from and to S. Arakere re: Seton. | 0.10 | 54.60 |
| 11/02/16 | WL Warren | Review 77th Progress Report of Special Master Robert T. Torricelli and transmit to T. Jordon. | 1.30 | 824.72 |
| 11/02/16 | SN Rosin | Per W Warren's request: pulled requested documents. | 0.20 | 22.88 |
| 11/07/16 | LA Mills | Review docket update in ICO v. Honeywell; email from W. Warren and cursory review of Status Report (0.5); telephone conference with T. Jordan regarding Site 17 (0.1). | 0.60 | 327.60 |
| 11/09/16 | LA Mills | Emails from and to T. Jordan regarding Site 176 (0.1). | 0.10 | 54.60 |
| 11/11/16 | LA Mills | E-mail from and to F. Parigi; e-mail from S. Arakere (.2); telephone conference with T. Jordan (.1); e-mail to S. Arakere, F. Parigi and D. Vallance (.2); e-mail from D. Vallance (.1); retrieve settlement and agreements regarding various sites and begin preparation for meeting with OXY regarding COPR sites status/billing. | 4.10 | 2,238.60 |
| 11/14/16 | LA Mills | Email from T. Jordan; email from and to D. Vallance; continue preparation for meeting with OXY re: COPR sites status/history (1.5); telephone call T. Jordan (.3); email from and to S. Arakere modifying meeting; call re: SCCC site only (.1) | 1.90 | 1,037.40 |
| 11/14/16 | CH DeGrezia | Consultation with L. Mills re status. | 0.10 | 52.00 |
| 11/15/16 | LA Mills | Telephone call T. Jordan and email from T. Jordan re: preparation for COPR Sites review with Oxy (.1) | 0.10 | 54.60 |
| 11/16/16 | LA Mills | Review agreements for Sites 209 and 210 to prepare for Oxy Briefing; retrieve and review Right of Entry agreements with Town (0.8); email from W. Warren and review letter regarding Site transition issues (0.1); emails from and to W. Warren regarding COPR L/C; provide relevant citation from ACO and Consent Judgment and send documents to W. Warren regarding L/C (0.4). | 1.30 | 709.80 |
| 11/17/16 | LA Mills | Emails from and to T. Jordan regarding Oxy meeting; direction to records regarding information for Sites 47 and 48. | 0.20 | 109.20 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/16 | LA Mills | Review site files regarding Site 47 and 48 regarding historic Site Agreements (0.3). | 0.30 | 163.80 |
| 11/21/16 | LA Mills | Email from W. Warren and review Article regarding CrVI Groundwater Remediation Study. | 0.50 | 273.00 |
| 11/21/16 | WL Warren | Review results of Institute Reduction Pilot Test regarding chromium in Garfield groundwater contamination site and transmit to T. Jordan. | 1.30 | 824.72 |
| 11/22/16 | LA Mills | Continue review of chromium site files regarding Oxy meeting preparation. | 1.30 | 709.80 |
| 11/23/16 | LA Mills | Review docket update regarding ICO v. Honeywell (0.1); emails from and to T. Jordan (0.1); continue review of Site files for Oxy meeting (0.4). | 0.60 | 327.60 |
| 11/28/16 | LA Mills | Email from and to T. Jordan (0.1); prepare for call with T. Jordan (0.8). | 0.90 | 491.40 |
| 11/29/16 | LA Mills | Continue preparation for meetings with T. Jordan and Oxy regarding various COPR Sites. | 1.20 | 655.20 |
| | | Current Hours/Fees | 16.10 | $8,931.52 |
| | | Less 10% Courtesy Discount | | (893.15) |
| | | Net Total Fees | | $8,038.37 |

**Time and Fee Summary**

| Timekeeper | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| WL Warren | Partner | $634.40 | 2.60 | $1,649.44 |
| LA Mills | Partner | $546.00 | 13.20 | $7,207.20 |
| CH DeGrezia | Partner | $520.00 | 0.10 | $52.00 |
| SN Rosin | Library Staff | $114.40 | 0.20 | $22.88 |
| Totals | | | 16.10 | $8,931.52 |

**Total this Invoice**    **$8,038.37**

Payment for legal services is due within 30 days of invoice date.

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
## L L P

## REMITTANCE ADVICE

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier J. Gonzalez, Esquire

| | |
|---|---|
| Invoice Number: | 15021639 |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: Hudson County Chromium (003106-0001) 003106-0001**

For services through November 30, 2016

| | |
|---|---|
| Current Fees | 8,931.52 |
| Less 10% Courtesy Discount | (893.15) |
| Fees Less Discount | 8,038.37 |

**Total Amount Due This Invoice**                                   **$8,038.37**

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/25/16 | 14988827 | $10,244.13 | ($31.83) | $10,212.30 |
| 09/14/16 | 14993733 | $11,592.04 | $0.00 | $11,592.04 |
| 10/27/16 | 15005089 | $11,192.08 | $0.00 | $11,192.08 |
| 11/22/16 | 15013044 | $11,243.30 | $0.00 | $11,243.30 |

Prior Balance Due                                                        44,239.72

**Total Balance Due**                                                **$52,278.09**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
### L L P

**Wire Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| ABA #: | 026-009-593 |
| Acct. No.: | 4201031226 |
| Acct. Name.: | Drinker Biddle & Reath LLP |
| | NJ Business Depository Account |
| Bank Address: | 656 Plainsboro Road |
| | Plainsboro, NJ 08536 |
| | |
| Reference: | *Redacted* / 15021639 |

**Checks:**

Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542-0627

**ACH Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| Acct : | Drinker Biddle & Reath LLP |
| ABA#: | 021-200-339 |
| Acct No: | 004201031226 |

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**

# DrinkerBiddle&Reath
### L L P

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

| | |
|---|---|
| Maxus Energy Corporation | Invoice Number: 15021647 |
| 10333 Richmond Avenue | Invoice Date: 12/20/2016 |
| Suite 1050 | *Redacted* *Redacted* |
| Houston, TX 77042 | *Redacted* *Redacted* |
| Attn: Javier Gonzalez, Esquire | |

**Re: French Agent Orange Litigation**

For professional services rendered through November 30, 2016

**Fees**

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 11/02/16 | WL Warren | Teleconference with J. Wishnew, French counsel and J. Gonzalez re: strategy to secure dismissal and preparation for teleconference. | 0.80 | 507.52 |
| 11/15/16 | WL Warren | Review news article and transmit to V. LeGuillou, et al. | 0.20 | 126.88 |
| 11/15/16 | SN Rosin | Per L Mills' request: pulled requested court documents from docket Maxus 11501 | 0.30 | 34.32 |
| 11/23/16 | WL Warren | Email from French counsel; email from J. Wishnew; email to French counsel; email from French counsel all relating to dismissal of litigation against Maxus and Tierra. | 0.30 | 190.32 |
| 11/23/16 | WL Warren | Review news article regarding litigation and transmit to French counsel. | 0.20 | 126.88 |
| 11/23/16 | WL Warren | Email to French counsel regarding review of draft letter to plaintiff's attorney regarding dismissal. | 0.20 | 126.88 |
| 11/23/16 | WL Warren | Review revised draft letter to plaintiff's counsel and transmit comments to French counsel. | 0.30 | 190.32 |
| 11/28/16 | WL Warren | Email to local counsel from J. Gonzalez regarding certification and email from local counsel regarding same. | 0.10 | 63.44 |
| 11/28/16 | WL Warren | Further revision of draft letter to plaintiff's counsel. | 0.30 | 190.32 |
| 11/30/16 | WL Warren | Review emails to and from M. Reis regarding Agent Orange court documents. | 0.40 | 253.76 |
| | Current Hours/Fees | | 3.10 | $1,810.64 |
| | Less 10% Courtesy Discount | | | (181.06) |
| | Net Total Fees | | | $1,629.58 |

**Time and Fee Summary**

*Redacted*     Maxus Energy Corporation (035005)                          Invoice No. 15021647
*Redacted*     French Agent Orange Litigation                                          Page 2
December 20, 2016

| Timekeeper | Title | Rate | Hours | Fees |
|------------|-------|------|-------|------|
| WL Warren | Partner | $634.40 | 2.80 | $1,776.32 |
| SN Rosin | Library Staff | $114.40 | 0.30 | $34.32 |
| Totals | | | 3.10 | $1,810.64 |

**Total this Invoice**                                                         **$1,629.58**

Payment for legal services is due within 30 days of invoice date.



105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

## REMITTANCE ADVICE

Maxus Energy Corporation
10333 Richmond Avenue
Suite 1050
Houston, TX  77042
Attn: Javier Gonzalez, Esquire

| | |
|---|---|
| Invoice Number: | 15021647 |
| Invoice Date: | 12/20/2016 |
| *Redacted* | *Redacted* |
| *Redacted* | *Redacted* |

**Re: French Agent Orange Litigation**

For services through November 30, 2016

| | |
|---|---|
| Current Fees | 1,810.64 |
| Less 10% Courtesy Discount | (181.06) |
| Fees Less Discount | 1,629.58 |

**Total Amount Due This Invoice**                                                  **$1,629.58**

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/25/16 | 14988831 | $354.02 | ($11.06) | $342.96 |
| 09/15/16 | 14993750 | $1,239.73 | $0.00 | $1,239.73 |
| 10/26/16 | 15005096 | $57.10 | $0.00 | $57.10 |
| 11/21/16 | 15013054 | $799.34 | $0.00 | $799.34 |

Prior Balance Due                                                                          2,439.13

**Total Balance Due**                                                                  **$4,068.71**

105 College Road East
P.O. Box 627
Princeton, NJ 08542-0627
(609) 716-6500 *office*
(609) 799-7000 *fax*
TAX I.D. #23-1423089

# DrinkerBiddle&Reath
### L L P

**Wire Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| ABA #: | 026-009-593 |
| Acct. No.: | 4201031226 |
| Acct. Name.: | Drinker Biddle & Reath LLP |
| | NJ Business Depository Account |
| Bank Address: | 656 Plainsboro Road |
| | Plainsboro, NJ 08536 |

Reference:    *Redacted* / 15021647

**Checks:**

Drinker Biddle & Reath LLP
105 College Road East
Suite 300
Princeton, NJ  08542-0627

**ACH Payments:**

| | |
|---|---|
| Bank: | Bank of America |
| Acct : | Drinker Biddle & Reath LLP |
| ABA#: | 021-200-339 |
| Acct No: | 004201031226 |

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**