# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MAXUS ENERGY CORPORATION, et al.,[1] ) | Case No 16-11501 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |
| ) | |
| MAXUS ENERGY CORPORATION ) | |
| ) | Adv. Proc. No. 17-50054 (CSS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 10, 2017 AT 11:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Supplemental Application for Entry of an Order Approving the Expanded Services of McKool Smith PC as Special Counsel to the Debtors, Effective as of February 10, 2017 [D.I. 1238; 4/19/17]

    Related Documents:

    A.  Certificate of No Objection [D.I. 1352; 5/5/17]

    B.  Order Approving the Expanded Services of McKool Smith PC as Special Counsel to the Debtors, Effective as of February 10, 2017 [D.I. 1368; 5/8/17]

    Response Deadline:            May 3, 2017 at 4:00 p.m. (ET)

    Responses Received:           None

---

[1] The debtors in the above-captioned chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] **All amendments appear in bold.**

    Status:    An order has been entered by the Court.  No hearing is required.

2. Pretrial Conference for Adversary Case No. 17-50054

   Related Documents:

   A. Order Approving Stipulation Extending Briefing Schedule [D.I. 16; 4/26/17]

   B. First Amended Complaint [D.I. 17; 5/5/17]

   C. Amended Summons and Notice of Pretrial Conference in an Advesary Proceeding [D.I. 18; 5/5/17]

   Response Deadline:    June 5, 2017, 2017 at 4:00 p.m. (ET)

   Responses Received:

   D. Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiff's Complaint [D.I. 11; 4/14/17]

   E. Memorandum of Law in Support of Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiff's Complaint [D.I. 12; 4/14/17]

   Status:    The Debtors have filed an Amended Complaint.  This matter is adjourned to June 13, 2017 at 10:00 a.m. (ET).

**MATTER WITH CERTIFICATION**

3. Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the United Mine Workers of America 1992 Benefit Plan Regarding Compliance with the Coal Act [D.I. 1274; 4/25/17]

   Related Documents:

   A. Motion for Order Shortening Notice with Respect to Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the United Mine Workers of America 1992 Benefit Plan Regarding Compliance with the Coal Act [D.I. 1275; 4/25/17]

   B. Order Shortening Notice with Respect to Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the United Mine Workers of America 1992 Benefit Plan Regarding Compliance with the Coal Act [D.I. 1278; 4/25/17]

   C. Certificate of No Objection [D.I. 1365; 5/5/17]

    **D.**      **Stipulation and Agreed Order Between the Debtors and the United Mine Workers of America 1992 Benefit Plan Regarding Compliance with the Coal Act [D.I. 1376; 5/8/17]**

Response Deadline:      May 5, 2017 at 4:00 p.m. (ET)

Responses Received:      None

Status:      **An order has been entered by the Court.** No hearing is required.

4. Interim Fee Applications for the Period December 1, 2016 through – February 28, 2017 [D.I. 1196, 1197, 1198, 1201, 1203, 1204, and 1205] (See **Exhibit A of Docket No. 1374**)

Related Documents:

    A.      Notice of Hearing on Interim Fee Applications for the Official Committee of Unsecured Creditors [D.I. 1217; 4/17/17]

    B.      Notice of Hearing on Interim Fee Applications for the Debtors' Professionals and the Fee Examiner [D.I. 1230; 4/19/17]

    C.      Notice of Hearing on Interim Fee Applications for the Official Committee of Retirees [D.I. 1241; 4/20/17]

    D.      Certification of Counsel Regarding Proposed Omnibus Order Approving Interim Fee Applications of Professionals for the Period from December 1, 2016 through February 28, 2017 [D.I. 1373; 5/8/17]

    **E.**      **Omnibus Order Approving Interim Fee Applications of Professionals for the Period from December 1, 2016 through February 28, 2017 [D.I. 1377; 5/8/17]**

Response Deadline:      See attached Exhibit A

Responses Received:      None

Status:      **An order has been entered by the Court** regarding the Debtors' and the Creditors' Committee's interim fee applications. The Debtors intend to submit a proposed form of order **at the hearing** with regards to the Retiree Committee's interim fee applications. No hearing is required.

**MATTERS GOING FORWARD**

5.  Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1240; 4/19/17]

    Related Documents:

    A.  **[SEALED]** Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1367; 5/8/17]

    B.  [REDACTED] Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1369; 5/8/17]

    C.  Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1371; 5/8/17]

    Response Deadline:    May 3, 2017 at 4:00 p.m. (ET); Extended to May 5, 2017 at 12:00 p.m. for BHP

    Responses Received:

    D.  BHP Billiton Petroleum (Deepwater) Inc., BHP Billiton Petroleum (GOM) Inc., Even Energy Ventures and W&T Energy VI, LLC's Objection to Debtors'

    Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1353; 5/5/17]

 E. Debtors' Reply in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1366; 5/8/17]

 F. Joinder of 31 Group, LLC to Debtors' Reply in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1370; 5/8/17]

 G. Informal response from Department of the Interior

Status: This matter is going forward.

6. Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the Official Committee of Retirees Regarding Modification of Retiree Benefits Pursuant to Section 1114(e)(1)(B) of the Bankruptcy Code [D.I. 1293; 4/27/17]

Related Documents:

 A. Motion for Order Shortening Notice with Respect to Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the Official Committee of Retirees Regarding Modification of Retiree Benefits Pursuant to Section 1114(e)(1)(B) of the Bankruptcy Code [D.I. 1292; 4/27/17]

 B. Order Shortening Notice with Respect to Debtors' Motion for Entry of Stipulation and Agreed Order Between the Debtors and the Official Committee of Retirees Regarding Modification of Retiree Benefits Pursuant to Section 1114(e)(1)(B) of the Bankruptcy Code [D.I. 1294; 4/27/17]

 C. Notice of Motion [D.I. 1297; 4/27/17]

01:21883983.1

5

    Response Deadline:    May 5, 2017 at 4:00 p.m. (ET)

    Responses Received:

    D.    Objection to Debtors' Motion for Entry of Stipulation by Deborah Butler [D.I. 1357; 5/4/17]

    **Additional Documents:**

    **E.    Notice of Filing of Revised Stipulation and Agreed Order Between the Debtors and the Official Committee of Retirees Regarding Benefits Pursuant to Section 1114(e)(1)(B) of the Bankruptcy Code [D.I. 1380; 5/9/17]**

    **F.    Certification of Counsel Regarding Stipulation Allowing Certain Claimants to Vote by Master Ballot [D.I. 1383; 5/9/17]**

    Status:    **The Debtors have filed a revised stipulation and agreed order.** This matter is going forward.

7.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1371; 5/8/17]

    Related Documents:

    A.    **[SEALED]** Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1367; 5/8/17]

    B.    [REDACTED] Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts

and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1369; 5/8/17]

C. Motion for Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal the Declaration of Kenneth Goggans in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Sale Success Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, and (IV) Waiving the Requirements of Bankruptcy Rule 6004(h) [D.I. 1372; 4/27/17]

Requested Response Deadline:     May 10, 2017 at 11:00 a.m. (ET)

Responses Received:     None as of this date

Status:     This matter is going forward.

Dated: May 9, 2017
Wilmington, Delaware

*/s/ Joseph M. Barry*
M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Justin P. Duda (No. 5478)
Travis G. Buchanan (No. 5595)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

James M. Peck (admitted *pro hac vice*)
Lorenzo Marinuzzi (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*

01:21883983.1