**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| MAXUS ENERGY CORPORATION, *et al.*[1] | ) Case No. 16-11501 (CSS) ) ) Jointly Administered |
| Debtors. | ) ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 22, 23, 25 & 26, 2017 AT 10:00 A.M. (ET)**

**MATTER GOING FORWARD**

1.  Confirmation of Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1231; 4/19/17]

    Related Documents:

    A.  Order Establishing Discovery Procedures in Connection with Settlement Motion and Plan Confirmation [D.I. 907; 2/17/17]

    B.  Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1056; 3/28/17]

    C.  Amended Disclosure Statement for the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1058; 3/28/17]

    D.  Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1209; 4/17/17]

    E.  Amended Disclosure Statement for the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1210; 4/17/17]

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

01:21907309.2

F. Amended Disclosure Statement for the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1232; 4/19/17]

G. Notice of Filing of Blacklines of Further Revised Amended Plan and Further Revised Amended Disclosure Statement [D.I. 1235; 4/19/17]

H. Order (A) Approving Disclosure Statement; (B) Establishing Voting Record Date, Voting Deadline, and Other Dates; (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan for Filing Objections to Plan; (D) Approving Manner and Forms of Notice and Other Related Documents; and (E) Granting Related Relief [D.I. 1237; 4/19/17]

I. Notice of (A) Plan Confirmation Hearing, (B) Objection and Voting Deadlines, and (C) Solicitation and Voting Procedures [Undocketed; 4/19/17]

J. Notice of Filing of Assumption Schedule [D.I. 1254; 4/21/17]

K. Notice of Filing of Solicitation Versions of Amended Plan and Amended Disclosure Statement [D.I. 1258; 4/24/17]

L. Notice of Filing of First Amendment to Assumption Schedule [D.I. 1280; 4/26/17]

M. Notice of Filing of Second Amendment to Assumption Schedule [D.I. 1302; 4/28/17]

N. Affidavit of Publication of Notice of (A) Plan Confirmation Hearing, (B) Objection and Voting Deadlines, and (C) Solicitation and Voting Procedures [D.I. 1313; 5/1/17]

O. Order Approving Stipulation Authorizing Certain Claimants to Vote by Master Ballot [D.I. 1322; 5/2/17]

P. Plan Supplement to the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1328; 5/2/17]

Q. Notice of Filing of Plan Supplement to the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1337; 5/3/17]

R. Order Approving Stipulation Authorizing Certain Claimants to Vote by Master Ballot [D.I. 1385; 5/9/17]

S. Declaration of James Daloia of Prime Clerk LLC Regarding the Soliciation of Votes and Tabulation of Ballots Cast on the Amended Chapter 11 Plan of

|      | |
|---|---|
|     | Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1429; 5/17/17] |
| T.  | Plan Proponents' Memorandum of Law in Support of Confirmation of Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors and Omnibus Reply to Objections Thereto [D.I. 1433; 5/18/17] |
| U.  | Declaration of Scott W. Winn in Support of Confirmation of Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1434; 5/18/17] |
| V.  | Notice of Amendment to Identified Preserved Contribution Claims Under Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1435; 5/18/17] |
| W.  | Notice of Amendment to Plan Supplement to the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1436; 5/18/17] |
| X.  | Debtors' Motion for Leave to Exceed Page Limit Requirements with Respect to Plan Proponents' Memorandum of Law in Support of Confirmation of Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors and Omnibus Reply to Objections Thereto [D.I. 1437; 5/18/17] |
| Y.  | Notice of Filing of Proposed Order Confirming Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors Pursuant to Chapter 11 of the Bankrutpcy Code [D.I. 1438; 5/18/17] |

Plan Response Deadline:       May 12, 2017 at 4:00 p.m. (ET); Extended to May 17, 2017at 12:00 p.m. (ET) for the U.S. Trustee

Plan Reply Deadline:          May 18, 2017 at 10:00 a.m. (ET)

Assumption Response Deadline: May 5, 2017 at 4:00 p.m. (ET)

Plan Responses Received:

| | |
|---|---|
| Z.  | Limited Objection of Lakeview Bluffs, LLC to Debtors' Proposed Amended Plan Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 1407; 5/12/17] |
| AA. | Reservation of Rights of the Gibbons Parties Relating to the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al*. and the Official Committee of Unsecured Creditors [D.I. 1409; 5/12/17] |

01:21907309.2

BB. Objection of Repsol, S.A. to Confirmation of Amended Chapter 11 Plan of Liquidation [D.I. 1410; 5/12/17]

CC. Objection of WE Energies to Debtors' Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al.* and the Official Committee of Unsecured Creditors [D.I. 1412; 5/12/17]

DD. Objection of Passaic Valley Sewerage Commission to the Second Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al.* and the Official Committee of Unsecured Creditors and Reservation of Rights [D.I. 1413; 5/12/17]

EE. Limited Joinder of American Natural Resources Company to Objection of Passaic Valley Sewerage Commission to the Second Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al.* and the Official Committee of Unsecured Creditors and Reservation of Rights [D.I. 1415; 5/12/17]

FF. United States Trustee's Limited Objection to Confirmation of the Second Amended Plan of Liquidation [D.I. 1430; 5/17/17]

Assumption Responses:

GG. Objection of Lakeview Bluffs, LLC to the Debtors' Proposed Cure Amount Relating to the Ground Lease Agreement as Set Forth in the Notice of Filing of Assumption Schedule Listing the Executory Contracts and Unexpired Leases to be Assumed Under the Plan [D.I. 1342; 5/4/17]

HH. Limited Objection of Seitel Data Ltd., Its Affiliates and Any of Their Joint Ventures to the Proposed Rejection of Executory Contracts Pursuant to the Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, *et al.* and the Official Committee of Unsecured Creditors and Reservation of Rights [D.I. 1347; 5/4/17]

II. Objection of the State of Ohio, Ohio Department of Natural Resources, to Debtors' Notice of Filing of Assumption Schedule [D.I. 1356; 5/5/17]

Status: The Debtors and the Creditors' Committee will continue to attempt to resolve all matters prior to the hearing. This matter is going forward.

01:21907309.2

4

Dated: May 18, 2017
      Wilmington, Delaware

*/s/ Travis G. Buchanan*
M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Justin P. Duda (No. 5478)
Travis G. Buchanan (No. 5595)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

James M. Peck (admitted *pro hac vice*)
Lorenzo Marinuzzi (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*