**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*[1]<br><br>　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 16-11501 (CSS)<br>)<br>) Jointly Administered<br>)<br>) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 11, 2017 AT 10:00 A.M. (ET)**

**MATTER GOING FORWARD**

1. Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Transaction Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (IV) Waiving the Requirements of Bankruptcy Rule 6004(h), and (V) Granting Related Relief [D.I. 1558; 6/16/17]

    Related Documents:

    A.  Notice of Cancellation of Auction [D.I. 1630; 7/4/17]

    B.  Emergency Motion of Lakeview Bluffs, LLC to Continue Debtors' July 11, 2017 Sale Hearing [D.I. 1640; 7/5/17]

    C.  Motion to Shorten Form and Manner of Notice for Emergency Motion of Lakeview Bluffs, LLC for Continuance of Debtors' July 11, 2017 Sale Hearing [D.I. 1641; 7/5/17]

    D.  Debtors' Objection to Emergency Motion of Lakeview Bluffs, LLC to Continue Debtors' July 11, 2017 Sale Hearing [D.I. 1647; 7/6/17]

    E.  Reply in Support of Emergency Motion of Lakeview Bluffs, LLC to Continue Debtors' July 11, 2017 Sale Hearing [D.I. 1649; 7/6/17]

    F.  Order Denying Emergency Motion of Lakeview Bluffs, LLC to Continue Debtors' July 11, 2017 Sale Hearing [D.I. 1650; 7/7/17]

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

G.  Notice of Filing of Blackline Regarding Revised Proposed Order Approving Sale Motion [D.I. 1655; 7/7/17]

<u>Response Deadline</u>:  June 30, 2017 at 4:00 p.m. (ET)

<u>Responses Received</u>:

H.  Objection of Lakeview Bluffs, LLC to Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Transaction Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (IV) Waiving the Requirements of Bankruptcy Rule 6004(h), and (V) Granting Related Relief [D.I. 1619; 6/30/17]

I.  Limited Reply and Joinder of the Official Committee of Unsecured Creditors in Support of Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Transaction Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (IV) Waiving the Requirements of Bankruptcy Rule 6004(h), and (V) Granting Related Relief [D.I. 1651; 7/7/17]

J.  Debtors' Reply in Support of Debtors' Motion for an Order (I) Approving and Authorizing the Sale of the Debtors' Assets Free and Clear of All Liens, Interests, Claims, and Encumbrances, (II) Authorizing the Debtors to Pay the Transaction Fee, (III) Approving the (A) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Rejection of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, (IV) Waiving the Requirements of Bankruptcy Rule 6004(h), and (V) Granting Related Relief [D.I. 1652; 7/7/17]

K.  Occidental Chemical Corporation's (I) Limited Response to Lakeview Bluffs, LLC's Objection to the Sale Motion and (II) Objection to Lakeview Bluffs, LLC's Emergency Motion to Continue the Debtors' July 11, 2017 Sale Hearing [D.I. 1653; 7/7/17]

L.  Informal response from the Department of Justice

M.  Informal response from the State of Ohio

N.  Informal response from the State of New Jersey

O. Informal response from the Lower Passaic River Study Area Site Cooperating Parties' Group

P. Informal response from the Gibbons Parties

Q. Informal response from the Passaic Valley Sewerage Commission

Status: Items 1(L) through 1(Q) have been resolved and a revised proposed form of order has been filed as exhibit C to Item 1(J). Item 1(H) will go forward. The parties anticipate presenting 4 witnesses in connection with this matter.

Dated: July 7, 2017
Wilmington, Delaware

*/s/ Joseph M. Barry*
M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Justin P. Duda (No. 5478)
Travis G. Buchanan (No. 5595)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

James M. Peck (admitted *pro hac vice*)
Lorenzo Marinuzzi (admitted *pro hac vice*)
Jennifer L. Marines (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*

01:22057741.3