IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,[1]<br><br>    Debtors. | ) Chapter 11<br>)<br>) Case No. 16-11501 (CSS)<br>)<br>) Jointly Administered<br>)<br>)<br>) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING AMENDED
CHAPTER 11 PLAN OF LIQUIDATION, (II) OCCURRENCE OF
EFFECTIVE DATE, AND (III) RELATED BAR DATES**

1.    **Confirmation of the Plan**.  On May 22, 2017, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Confirming Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, et al. and the Official Committee of Unsecured Creditors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1460] (the "Confirmation Order") confirming the *Amended Chapter 11 Plan of Liquidation Proposed by Maxus Energy Corporation, et al. and the Official Committee of Unsecured Creditors* [Docket No. 1231] (with all modifications, amendments or supplements, the "Plan").[2]

2.    **Effective Date of the Plan**.  On July 14, 2017, pursuant to the satisfaction of the conditions set forth in Article XII.B. of the Plan, the Effective Date of the Plan occurred.

3.    **Release, Injunction, and Related Provisions**.  Pursuant to the Confirmation Order, the release, injunction, and related provisions in Article XI of the Plan are now in full force and effect.

4.    **Supplemental Bar Date for Administrative Claims**.  In accordance with Article II.D. of the Plan, all Holders of Administrative Claims (other than Holders of Administrative Claims paid in the ordinary course of business, Holders of Professional Claims, Holders of Claims arising under 28 U.S.C. § 1930, Holders of Claims arising under section 503(b)(1)(d) of the Bankruptcy Code, and Holders of post-petition Intercompany Claims) that first arose (or, only in the case of unexpired leases of real and personal property, accrued) as to or against the Debtors on or after March 1, 2017 but prior to the Effective Date must File and serve on the Debtors or the Liquidating Trust, as applicable, requests for the payment of such Administrative Claims not

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

already allowed by Final Order by no later than August 14, 2017, at 5:00 p.m. (ET) or the Holders of such Administrative Claims shall not be permitted to receive payment or participate in any distribution under the Plan on account of such Administrative Claims.  Objections to requests for payment of such Administrative Claims must be Filed and served on the Debtors or the Liquidating Trust, as applicable, and the requesting party within twenty (20) days after the Filing of the applicable request.

Such Administrative Claims must substantially conform to the form annexed hereto as Annex I (the "**Supplemental Administrative Proof of Claim Form**").  The original Supplemental Administrative Proof of Claim Form should be filed via the interface on the website maintained by Prime Clerk LLC, the Debtors' claims and noticing agent ("**Prime Clerk**"), at https://cases.primeclerk.com/maxus/EPOC-Index or delivered to Prime Clerk at the following address: Maxus Energy Corporation Claims Processing Center, c/o Prime Clerk LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022.

5.  **Bar Date for Rejection Damages Claims**.  If you previously received a notice indicating that the executory contract or non-residential real property lease to which you are a counterparty with one of the Debtors will be rejected on the Effective Date, pursuant to Article V.A. of the Plan, any Claim arising from such rejection must be Filed by no later than August 14, 2017.  If you are required to and fail to file such Claim, in accordance with Article V.A. of the Plan, such Claim is automatically disallowed, forever barred, and unenforceable against the Debtors, the Liquidating Trust, the Property Trust, and the Environmental Response/Restoration Trust or their respective assets or properties, without the need for any objection or further notice to, or action, order, or approval of, the Bankruptcy Court.

6.  **Bar Date for Professional Claims**.  In accordance with Article II.E. of the Plan, all final requests for Professional Claims shall be Filed by no later than September 12, 2017.  After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior Bankruptcy Court orders, the Allowed amounts of such Professional Claims shall be determined by the Bankruptcy Court.

7.  **Access to Court Documents**.  Copies of the Confirmation Order, the Plan, the documents included in the Plan, and any other document filed in the Chapter 11 Cases are available on the Bankruptcy Court's website at https://ecf.deb.uscourts.gov in accordance with the procedures and fees set forth therein, as well as free of charge on the website established by the Claims and Noticing Agent at https://cases.primeclerk.com/maxus.


*/s/ Travis G. Buchanan*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Justin P. Duda (No. 5478)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

**MORRISON & FOERSTER LLP**
James M. Peck
Lorenzo Marinuzzi
Jennifer L. Marines
Jordan A. Wishnew
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Debtors and Debtors-in-Possession*

**COLE SCHOTZ P.C.**
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

- and -

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
David M. Hillman
Lucy F. Kweskin
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to the Official Committee of Unsecured Creditors of Maxus Energy Corporation, et al.*

**Annex I**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | **SUPPLEMENTAL ADMINISTRATIVE PROOF OF CLAIM** | **Supplemental Administrative Claims Bar Date** August 14, 2017 at 5:00 p.m. (ET) |
|---|---|---|

| Note: | This form should only be used by claimants asserting a Supplemental Administrative Claim against Maxus Energy Corporation, Tierra Solutions, Inc., Maxus International Energy Company, Maxus (U.S.) Exploration Company, or Gateway Coal Company arising on or after March 1, 2017 through and including July13, 2017. THIS FORM SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(b) and 507(a)(2). |
|---|---|

Name of Debtor (Select only one Debtor per claim form)

☐ Maxus Energy Corporation (Case No. 16-11501)

☐ Tierra Solutions, Inc. (Case No. 16-11502)

☐ Maxus International Energy Company (Case No. 16-11503)

☐ Maxus (U.S.) Exploration Company (Case No. 16-11504)

☐ Gateway Coal Company (Case No. 16-11505)

| Name of Creditor (The person or entity to whom the debtor owes money or property) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your administrative expense claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Address Where Notices Should be Sent: | Check here if this claim:  ☐ replaces or  ☐ amends a previously filed administrative expense claim.<br><br>Claim Number (if known): _____<br>Dated: _____ |

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

1. BASIS FOR CLAIM:
   ☐ Goods sold    ☐ Services performed    ☐ Personal Injury/Wrongful Death    ☐ Wages (Dates): _____
   ☐ Money loaned    ☐ Taxes    ☐ Retiree Benefits as Defined in 11 U.S.C. § 1114(a)    ☐ Other (Specify): _____

2. DATE DEBT WAS INCURRED (IF KNOWN):

3. DESCRIPTION OF CLAIM (IF KNOWN):

4. TOTAL AMOUNT OF CLAIM:    $_____ **(Total)**

5. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|