IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.*, | Case No. 16-11501 (CSS) |
| Debtors. | Jointly Administered |

### ORDER SCHEDULING HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned matter:

| **OMNIBUS HEARING DATE** | **TIME** |
|---|---|
| August 15, 2019 | 2:00 p.m. (Eastern) |

**Dated: July 3rd, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**