**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.*, | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 2268** |

**MAXUS LIQUIDATING TRUST'S STATUS REPORT**
**REGARDING THE STATUS OF ALL PENDING APPEALS**

Pursuant to this Court's order dated July 22, 2019, the Liquidating Trustee, through his undersigned counsel, hereby submits this status report (the "Status Report") regarding all pending appeals, inclusive of all interlocutory appeals, in all proceedings arising out of or related to the above-captioned Chapter 11 Cases.[2]

## I.    Appellate Proceedings in the Trust Adversary Actions

The most significant pending appellate proceedings emanate from the adversary proceeding entitled *Maxus Liquidating Trust v. YPF, S.A., et. al.*, Case No. 18-50489 (the "Trust Action"), currently pending before the Court.  Except where noted, docket citations are to the Trust Action.

---

[1] The Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Debtors' chapter 11 Plan [D.I. 1460 in Case No. 16-11501].

### A.    Denials of Motions to Dismiss

The Liquidating Trust initiated the Trust Action by filing its complaint against YPF and Repsol[3] on June 14, 2018 (the "Complaint").  [D.I. 1]  YPF and Repsol filed motions to dismiss the Complaint on October 19, 2018 (the "Motions to Dismiss").  [D.I. 51-62].  After briefing and oral argument, this Court denied both Motions to Dismiss on February 15, 2019.  [D.I. 108].

YPF filed a motion seeking leave to file an interlocutory appeal of the Court's denial of the Motions to Dismiss on March 1, 2019.  [D.I. 119-122].  That motion was transmitted to the United States District Court for the District of Delaware (the "District Court") on March 4, 2019 [D.I. 127], and assigned to Judge Richard G. Andrews in a proceeding titled *YPF S.A. et al. v. Maxus Liquidating Trust*, No. 1:19-mc-00051-RGA.  Repsol also filed a motion seeking leave to file an interlocutory appeal of the Court's denial of the Motions to Dismiss on March 1, 2019.  [D.I. 123-125].  Repsol's motion was transmitted to the District Court on March 4, 2019 [D.I. 135], and was also assigned to Judge Andrews in a proceeding titled *Repsol, S.A. et al. v. Maxus Liquidating Trust*, No. 1:19-mc-00052-RGA.

Both motions for leave to file an interlocutory appeal of the Court's denial of the Motions to Dismiss were consolidated, on agreement of the Parties, in Case No. 1:19-mc-00051-RGA.  There are no other matters pending in that case, and, as of April 10, 2019, briefing is complete on the two motions.  The District Court has not indicated when it will rule.

### B.    Denial of Motion for Abstention

Repsol also moved this Court to abstain from taking jurisdiction over the Trust's claims against Repsol in favor of the New Jersey Action (described in further detail within) on

---

[3] The terms "YPF" and "Repsol" are used herein as defined in the Complaint.

September 9, 2018 (the "Abstention Motion").  After briefing and oral argument, the Court denied Repsol's Abstention Motion on February 25, 2019.

Repsol filed a motion for leave to file an interlocutory appeal of the denial of the Abstention Motion on March 11, 2019.  [D.I. 132].  The motion was transmitted to the District Court on March 12, 2019 [D.I. 134], and was assigned to Judge Andrews in a proceeding titled *Repsol, S.A., et al. v. Maxus Liquidating Trust*, No. 1:19-mc-00063-RGA.

After the Abstention Appeal was transmitted to the District Court, this Court amended its opinion accompanying the order denying the Abstention Motion on March 15, 2019.  [D.I. 136].  The amended opinion was also transmitted to the District Court.  [D.I. 137].  Repsol supplemented, with the Trust's consent, its memorandum of law in support of the motion to file an interlocutory appeal.  [D.I. 6 in C.A. No. 1:19-mc-00063-RGA].  There are no other matters pending in the case, and, as of May 6, 2019, briefing is complete.  Repsol filed a request for oral argument on May 13, 2019.  The District Court has not indicated when it will rule.

### C.    Motions to Withdraw the Reference

Repsol moved the District Court to withdraw the reference regarding the claims asserted by the Trust on June 7, 2019.  [D.I. 181-182].  That motion was transmitted to the District Court on June 10, 2019 [D.I. 184], and assigned to Judge Andrews in a proceeding titled *Maxus Liquidating Trust v. YPF S.A. et al.*, No. 1:19-cv-01073-RGA.  YPF also filed a motion seeking to withdraw the reference regarding the claims asserted by the Trust on June 11, 2019.  [D.I. 186-188] (collectively with Repsol's motion to withdraw the reference, the "Withdrawal Motions").  YPF's motion was transmitted to the District Court on June 12, 2019 [D.I. 189], and was also assigned to Judge Andrews in a proceeding titled *Maxus Liquidating Trust v. YPF S.A.*

*et al.*, No. 1:19-cv-01083-RGA.

The Withdrawal Motions were consolidated, on agreement of the Parties, in Case No. 1:19-cv-01073-RGA.  Pursuant to the Parties' agreed briefing schedule, the Liquidating Trust filed a consolidated opposition to the Withdrawal Motions on July 22, 2019 [D.I. 5 in C.A. No. 1:19-cv-01073-RGA], and the Defendants will file briefs in reply on August 5, 2019.

\*     \*     \*

Notwithstanding the aforementioned appeals and the Withdrawal Motions, the Parties are proceeding with discovery in the Trust Action.  No discovery disputes require the Court's attention at this time.

## II.    Other Adversary Proceedings

There are no pending appeals in the main bankruptcy case (Case No. 16-11501 (CSS)), nor are there pending appeals in any other adversary or related proceedings, other than those described above.  For the avoidance of doubt, this includes all preference action adversary proceedings as well the related adversary proceeding titled *New Jersey Department of Environmental Protection v. Occidental Chemical Corporation, et. al.*, Case No. 16-51025 (CSS).

## III.    Appellate Proceedings in the New Jersey Action

While not technically an appeal from an order in an adversary proceeding related to the Chapter 11 Cases, the Trust also provides below an update on the Trust's appeal to the Superior Court of New Jersey Appellate Division (the "Appellate Division") of the dismissal by the Superior Court of New Jersey, Law Division, Essex County (the "New Jersey Court") of certain cross-claims against Repsol formerly belonging to Occidental Chemical Corporation ("OCC") in

the matter *New Jersey Department of Environmental Protection v. Occidental Chemical Corporation, et. al.*, No. ESX-L-9868-05 (the "New Jersey Action").

Specifically, as of April 5, 2016 the New Jersey Court granted Repsol's motion for summary judgment seeking dismissal of OCC's cross-claims against Repsol based on alter-ego liability.   By virtue of New Jersey's rule on finality of judgments, the New Jersey Court's dismissal was not immediately appealable prior to entry of a final judgment.   Thereafter, the Debtors filed their Chapter 11 Petitions on June 17, 2016.   Shortly after the Petition Date, OCC removed all of its cross-claims, including those seeking alter-ego recoveries against Repsol, from the New Jersey Action into the OCC action against YPF which is currently pending in this Court. On Repsol's motion, the Court remanded those claims back to the New Jersey Court on November 15, 2016.   [D.I. 42, 43 in Case No. 16-51025 (CSS)].   In a subsequent opinion dated August 2, 2017, the Court ruled that OCC's claim seeking to impose alter-ego liability against Repsol constituted a claim for generalized harm to the Debtors, which, under Third Circuit precedent, became property of Debtors as of the Petition Date.   [D.I. 65 in Case No. 16-51025 (CSS)].

Following confirmation of the Debtors' Amended Chapter 11 Plan of Liquidation [D.I. 1460 in Case No. 16-11501 (CSS)], the Liquidating Trust intervened in the New Jersey Action as of November 17, 2017 to prosecute an appeal of the remanded alter-ego cross-claim against Repsol.   The New Jersey Court entered a final judgment dismissing the claim on November 22, 2017, and the Liquidating Trust filed its pending appeal on January 8, 2018, under docket number A-2038-17.   As of January 14, 2019, briefing of that appeal is complete.   The Appellate Division has not yet ruled on the Trust's appeal, nor set a date for oral argument.   No other

matters are pending in connection with that appeal.


Dated: July 29, 2019                                        Respectfully submitted,

                                                           FARNAN LLP

                                                           /s/ Michael J. Farnan
                                                           Brian E. Farnan (Bar No. 4098)
                                                           Michael J. Farnan (Bar No. 5165)
                                                           919 North Market Street, 12th Floor
                                                           Wilmington, DE 19801
                                                           (302) 777-0300
                                                           (302) 777-0301
                                                           bfarnan@farnanlaw.com
                                                           mfarnan@farnanlaw.com

                                                           J. Christopher Shore (admitted *pro hac vice*)
                                                           Thomas MacWright  (admitted *pro hac vice*)
                                                           WHITE & CASE LLP
                                                           1221 Avenue of the Americas
                                                           New York, NY 10020
                                                           (212) 819-8200
                                                           cshore@whitecase.com
                                                           tmacwright@whitecase.com

                                                           *Attorneys for the Liquidating Trust*

AMERICAS 100866310