# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: MAXUS ENERGY CORPORATION, *et al.*, <br><br> Debtors | ) Chapter 11 <br> ) <br> ) Case No. 16-11501 (CSS) <br> ) (Jointly Administered) <br> ) |
| JOSEPH J. FARNAN, JR. in his capacity as the LIQUIDATING TRUSTEE OF THE MAXUS LIQUIDATING TRUST, <br><br> Plaintiff <br> v. <br><br> Defendants Listed Below, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| Defendant Name | Adversary Number |
|---|---|
| Aon Risk Services Southwest Inc. | 18-50491 |
| Entact, LLC | 18-50497 |
| Vista Analytical Laboratory Inc. | 18-50521 |
| Haley & Aldrich, Inc. | 18-50504 |

## STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE CHRISTOPHER S. SONTCHI

Pursuant to the Scheduling Order entered in the above-referenced cases on February 26, 2019, Plaintiff files the attached status report providing a status of the above referenced adversary actions.

Dated: October 9, 2019              GELLERT SCALI BUSENKELL & BROWN, LLC


                                     */s/ Amy D. Brown*
                                    Michael Busenkell (DE 3933)
                                    Amy D. Brown (DE 4077)
                                    1201 N. Orange Street, Suite 300
                                    Wilmington, DE 19801
                                    Telephone: (302) 425-5800
                                    Fax: (302) 425-5814
                                    Email: mbusenkell@gsbblaw.com
                                            abrown@gsbblaw.com

                                    *Counsel to the Liquidating Trustee*

## STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

\* None

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "C"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

*None

# STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "E"
## PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Haley & Aldrich, Inc. | 18-50504 | The Parties have reached an agreement in principle. Plaintiff has circulated a settlement agreement. |
| Aon Risk Services Southwest Inc. | 18-50491 | The Parties have executed a settlement agreement. Plaintiff will circulate a Stipulation of Dismissal when settlement funds have cleared. |

.

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |
| Entact, LLC | 18-50497 | Defendant filed its Motion for Summary Judgment on September 19, 2019.   Plaintiff's deadline to file a response to the motion was extended by stipulation to October 18, 2019. |
| Vista Analytical Laboratory, Inc. | 18-50521 | The Parties have completed non expert discovery. Pursuant to the Scheduling Order the deadline to complete expert discovery is October 29, 2019.   The deadline to file dispositive motions is November 28, 2019. |

## S<small>TATUS</small> "G"
## C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> N<small>OTICES OF</small> S<small>ELECTION OF</small> M<small>EDIATOR HAVE BEEN</small> F<small>ILED</small>:

*None.

## S<small>TATUS</small> "H"
### C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> R<small>EADY FOR</small> T<small>RIAL</small>:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

## STATUS "I"
### CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None