# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT OF THE LIQUIDATING TRUST FOR THE QUARTER ENDING SEPTEMBER 30, 2019

Dated: October 23, 2019

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4098)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
Thomas MacWright (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
cshore@whitecase.com
tmacwright@whitecase.com

*Attorneys for the Liquidating Trust*

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Maxus Energy Corporation, et al.  Bank: Banc of California

Bankruptcy Number: Case No. 16-11501 (CSS)  Account Number: 2030153748, 2030153799

Date of Confirmation: July 14, 2017

Account Type: checking

Reporting Period (month/year): July 2019-Sept. 2019

| | | |
|---|---|---|
| Beginning Cash Balance: | $21,204,277.16 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0.00 | |
| Collection of Accounts Receivable/Deposits: | $310,069.79 | |
| Release of debtor restricted cash: | $0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $62,250.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | ($105,000.00) | |
| Interest/Dividend Income: | $0.00 | |
| Total of cash received: | $267,319.79 | |
| Total of cash available: | | $21,471,596.95 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $15,000.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $2,910,783.50 | |
| All other disbursements made in the ordinary course: | $254,926.21 | |
| Total Disbursements | | $3,180,709.71 |
| Ending Cash Balance | | $18,290,887.24 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature: Joseph J. Farnan]*

Date    10/18/2019    Joseph Farnan, not individually, but solely as Liquidating Trustee for Maxus Energy Corp., et al.

Debtor: Maxus Energy Corporation, et al.

Case Number: Case No. 16-11501 (CSS)

|  | Sep-19 |  |
|---|---|---|
| **ASSETS** |  |  |
| Cash (Unrestricted) | $18,290,887 |  |
| Cash (Restricted) | - |  |
| Accounts Receivable (Net) | Unliquidated |  |
| Inventory | - |  |
| Notes Receivable | - |  |
| Prepaid Expenses | Unliquidated |  |
| Other Assets (Attach List) | Contingent Unliquidated |  |
| Total Current Assets | $18,290,887 |  |
| **Property, Plant & Equipment** |  |  |
| Real Property & Improvements | - |  |
| Machinery & Equipment | - |  |
| Furniture, fixtures & Office Equipment | - |  |
| Vehicles | - |  |
| Leasehold Improvements | - |  |
| Less: Accumulated Depreciation/Depletion | - |  |
| Total Property, Plant & Equipment | - |  |
| Due from Affiliates & Insiders | - |  |
| Other (Attach List) | 451,446 |  |
| Total Assets | $18,742,333 |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable | $0 |  |
| Taxes Payable | - |  |
| Exit Financing Facility Payable | 192,000 |  |
| Professional Fees | - |  |
| Secured Debt | - |  |
| Due to Affiliates & Insiders | - |  |
| Other (Attach List) | - |  |
| Total Postpetition Liabilities | $192,000 |  |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** |  |  |
| Secured Debt - Per Plan | - |  |
| Priority Debt - Per Plan | - |  |
| Unsecured Debt - Per Plan | - |  |
| Other (Attach List) - Per Plan | - |  |
| Total Pre-petition Liabilities | $0 |  |
| Total Liabilities | $192,000 |  |
| **Equity** |  |  |
| Trust- Corpus |  |  |
| Retained Earnings (Deficit) | $18,550,333 |  |
| Total Equity (Deficit) | $18,550,333 |  |
| Total Liabilities & Owners' Equity | $18,742,333 |  |

# Annex A

**Other Assets**
| | |
|---|---:|
| Preference Settlements | $451,446 |
| | $451,446 |