# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br>(Jointly Administered) |
| MAXUS LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>YPF S.A., YPF INTERNATIONAL S.A., YPF HOLDINGS, INC., CLH HOLDINGS, INC., REPSOL, S.A., REPSOL EXPLORACIÓN, S.A., REPSOL USA HOLDINGS CORP., REPSOL E&P USA, INC., REPSOL OFFSHORE E&P USA, INC., REPSOL E&P T&T LIMITED, and REPSOL SERVICES CO.,<br><br>Defendants. | Adversary Proceeding No. 18-50489 (CSS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Jessica C. K. Boelter of Sidley Austin LLP on behalf of YPF S.A., YPF International Ltd., YPF Holdings, Inc., and CLH Holdings, Inc. (collectively, the "YPF Defendants"), in the above-captioned cases.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

{1108.001-W0063048.}

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests Jessica C. K. Boelter be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated:  October 1, 2020
       Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ *Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile:  (302) 467-4450

– and –

SIDLEY AUSTIN LLP
John J. Kuster (*pro hac vice*)
Martin B. Jackson (*pro hac vice*)
Andrew P. Propps (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599

*Counsel for the YPF Defendants*