**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that on December 10, 2019 the Maxus Liquidating Trust (the "Trust") commenced suit against Greenstone Assurance, Ltd. ("Greenstone") in the United States District Court for the Eastern District of Texas in an action captioned *Maxus Liquidating Trust v. Greenstone Assurance Ltd.*, No. 2:19-cv-00401-JRG (the "Action"), in which the Trust, as successor to Maxus Energy Corporation ("Maxus") under the Chapter 11 Plan of Liquidation confirmed by the United States Bankruptcy Court for the District of Delaware [D.I. 1460], sought judgment of coverage and related recoveries in connection with certain insurance policies issued by Greenstone to Maxus.

PLEASE TAKE FURTHER NOTICE that on March 25, 2021 the Trust and Greenstone entered into a settlement agreement (the "Settlement Agreement") pursuant to which Greenstone agreed to pay the Trust $25,000,000 ("Settlement Amount") in exchange for a voluntary dismissal of the Action with prejudice, and certain mutual releases. As Greenstone and the Trust have expressly agreed and acknowledged therein, the Settlement Agreement has no effect on the rights, obligations, positions, arguments, claims, causes of action or defenses of any party to the

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

related adversary proceeding captioned *Maxus Liquidating Trust v. YPF S.A., et al.*, Adv. No. 18-50489 (Bankr. Del.), pending before this Court.

PLEASE TAKE FURTHER NOTICE that, as called for in the Settlement Agreement, the Trust and Greenstone jointly filed for dismissal with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2), which was granted on April 9, 2021.  Further, Greenstone has paid and the Trust has received the Settlement Amount.

Dated: May 6, 2021

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com

*Attorneys for the Liquidating Trust*