**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.,* | Case No. 16-11501 (CSS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
<u>FEBRUARY 15, 2022 AT 10:00 A.M. (EASTERN)</u>**

**I.  LIMITED HEARING ON ARCINA RISK GROUP, LLC'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM**

1. Arcina Risk Group. LLC's Motion for Allowance and Payment of Administrative Expense Claim ("Motion") [D.I. 2413] (Date Filed: July 30, 2021) (with Affidavit and Exhibits)

   Related Documents:

   a. Maxus Liquidating Trust's Memorandum of Law in Opposition to Arcina Risk Group, LLC's Motion for Allowance and Payment of Administrative Expense Clam ("Opposition") [D.I. 2418] (Date Filed: August 27, 2021)

   b. Declaration of Matthew L. Nicholson in Support of the Opposition [D.I. 2419] (Date Filed: August 27, 2021) (with Exhibits)

   c. Arcina Risk Group, LLC's Reply in Support of it Motion [D.I. 2432] (Date Filed: October 22, 2021) (with Affidavit and Exhibit)

   d. Letter to the Court Regarding Resolving Threshold Issues and Legal Questions [D.I.: N/A, Not Filed] (Date E-Mailed: February 2, 2022) (with Appendix)

   Status: This is a limited hearing as to certain issued specified in the February 2, 2022 Letter to the Court.  The hearing will go forward solely as a Zoom video hearing. Both video and audio will be through Zoom. CourtCall will **not** be utilized for this hearing. There will be no live witness testimony.

---

[1]  The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

All participants must register for the hearing by **Noon Eastern on Friday, February 11, 2022** at the link provided below to avoid being denied access to the hearing:

Registration link:

https://debuscourts.zoomgov.com/meeting/register/vJItdeyrqz0jGiV-MTMj8a-O8XzzM51HTwc

You must use your full name when logging into Zoom or you will not be allowed into the meeting. Persons without internet access may contact Chambers staff to request the toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.

| | |
|---|---|
| Dated: February 10, 2022 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Michael J. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | Michael J. Farnan (Bar No. 5165) |
| | 919 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | (302) 777-0300 |
| | (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | |
| | J. Christopher Shore (admitted *pro hac vice*) |
| | WHITE & CASE LLP |
| | 1155 Avenue of the Americas |
| | New York, NY 10036-2787 |
| | (212) 819-8200 |
| | cshore@whitecase.com |
| | |
| | *Attorneys for the Liquidating Trust* |