IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 16-11501 (CSS) |
| MAXUS ENERGY CORPORATION, | ) | |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| MAXUS LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 18-50489 (CSS) |
| | ) | |
| YPF S.A., YPF INTERNATIONAL S.A., | ) | |
| YPF HOLDINGS, INC., CLH | ) | |
| HOLDINGS, INC., REPSOL, S.A., | ) | |
| REPSOL EXPLORATIÓN, S.A, REPSOL | ) | |
| E&P USA, INC., REPSOL OFFSHORE | ) | |
| E&P USA, INC., REPSOL E&P T&T | ) | |
| LIMITED AND REPSOL SERVICES | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | **Related D.I. 621, 637, and 645** |
| _____ | ) | |

## ORDER

For the reasons set forth in the Court's Opinion, dated June 22, 2022, it is hereby ordered that:

(i) *Plaintiff's Motion for Partial Summary Judgment on Counts I, IV, VI, VIII, X, XII, and XIV of the Complaint and Related Affirmative Defenses* (Adv. D.I. 621), filed on March 16, 2022, is denied in full;

(ii) *YPF Defendants' Cross Motion for Partial Summary Judgment* (Adv. D.I. 645), filed on April 27, 2022, is granted in part and denied in part. Specifically, the Court finds that the Causation Damages Theory is applicable to the Trust's alter ego claim. All other requests for relief are denied; and

(iii) *Repsol Defendants' Motion for Summary Judgment* (Adv. D.I. 637), filed on April 27, 2022, is denied in full.

Dated: June 22, 2022

_____
Christopher S. Sontchi
United States Bankruptcy Judge