# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11501 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2508** |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that:

1. On June 14, 2022, the Liquidating Trustee, in the above captioned cases, filed the *Tenth Motion to Extend the Claim Objection Deadline* [D.I. 2508] ("**Motion**").

2. The undersigned certifies that the objection deadline to the Motion was set for July 13, 2022 at 4:00 p.m. Eastern.

3. The undersigned further certifies that he has reviewed the docket and no response to the Motion appears thereon and the Liquidating Trustee has not received any informal objections.

4. Accordingly, the Liquidating Trustee respectfully requests entry of the Proposed Order granting the Motion attached hereto as **Exhibit A** at the Court's convenience.

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

Dated: July 15, 2022

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

J. Christopher Shore (admitted *pro hac vice*)
Brett Bakemeyer  (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
brett.bakemeyer@whitecase.com

*Attorneys for the Liquidating Trust*