# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXUS ENERGY CORPORATION *et al.*, | Case No. 16-11501 (CTG) |
| Debtors.[1] | Jointly Administered |
| MAXUS LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 18-50489 (CTG) |
| v. | |
| YPF S.A., et al., | |
| Defendants. | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 27, 2022 AT 3:00 P.M. (EASTERN)

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-urrjgvGPy5RoCFb6RAZ7H6YUBRcqA**
>
> **PLEASE NOTE: THE COURT REQUESTS THAT ALL PARTIES MUST REGISTER WITH ZOOM WITH THEIR FULL NAMES NO LATER THAN *JULY 26, 2022 at 4:00 P.M. E.T.***
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.  STATUS CONFERENCE IN ADVERSARY PROCEEDING 18-50489 (CTG)**

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425).  The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

[2] The Agenda was amended to correct the Zoom link.

1. Status Conference

   Related Documents:

   a. Order Setting Status Conference [Adv. D.I. 742] (Date Filed: June 24, 2022)

   Status:    The status conference will go forward.

## II. RESOLVED MATTERS

2. Tenth Motion to Extend the Claim Objection Deadline [D.I. 2508] (June 14, 2022)

   Related Documents:

   a. Certification of No Objection [D.I. 2519] (Date Filed: July 15, 2022)

   Objection Deadline:   July 13, 2022 at 4:00 p.m. (Eastern)

   Objections/Responses Filed:

   a. None

   Status:    The order was entered at D.I. 2520.

Dated: July 21, 2022                                    Respectfully submitted,

                                                        FARNAN LLP

                                                        /s/ Michael J. Farnan
                                                        Brian E. Farnan (Bar No. 4098)
                                                        Michael J. Farnan (Bar No. 5165)
                                                        919 North Market Street, 12th Floor
                                                        Wilmington, DE 19801
                                                        (302) 777-0300
                                                        (302) 777-0301
                                                        bfarnan@farnanlaw.com
                                                        mfarnan@farnanlaw.com

                                                        J. Christopher Shore (admitted *pro hac vice*)
                                                        Erin M. Smith (admitted *pro hac vice*)
                                                        Matthew L. Nicholson (admitted *pro hac vice*)
                                                        WHITE & CASE LLP
                                                        1155 Avenue of the Americas
                                                        New York, NY 10036-2787
                                                        (212) 819-8200
                                                        cshore@whitecase.com
                                                        erin.smith@whitecase.com
                                                        matthew.nicholson@whitecase.com

                                                        *Attorneys for the Liquidating Trust*