| | | | |
|---|---|---|---|
| **Maxus Energy Corp., Case No. 16-11501 - Status July 27, 2022 @ 3:00 PM** | | | |
| | | | |
| First Name | Last Name | Party Representing | Firm Name |
| Charity | Lee | YPF | Cleary Gottlieb |
| Mariana | Labombarda | YPF | |
| Michael | Farnan | Trust | Farnan LLP |
| Steven | Bodzin | REDD Intelligence | |
| Miles | Taylor | Bankr. Ct. | |
| Ximena | Laspiur | YPF S.A. | |
| Franco | Lenzi | YPF | |
| Jeffrey | Rosenthal | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Ari | MacKinnon | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Mark | McDonald | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Howard | Zelbo | YPF | Cleary Gottlieb Steen & Hamilton LLP |
| Adam | Landis | YPF Defendants | Landis Rath & Cobb |
| Matthew | McGuire | YPF Defendants | Landis Rath & Cobb |
| Nicolas | Jenner | YPF Defendants | Landis Rath & Cobb |
| Jade | Yoo | Maxus Liquidating Trust | White & Case LLP |
| Destiney | Parker-Thompson | Court | |
| Maria | Manghi | YPF | Cleary Gottlieb |
| Isabella | Riishojgaard | YPF S.A. | |
| Sophie | Rogers Churchill | Repsol | Morris Nichols |
| Curtis | Miller | Repsol | Morris Nichols |
| Daniel | Butz | Repsol | Morris Nichols |
| Edward | Soto | Repsol | Weil |
| Corey | Berman | Repsol | Weil |
| Pravin | Patel | Repsol | Weil |
| Lauren | Alexander | Repsol | Weil |
| John | Kuster | YPF Defendants | Sidley Austin LLP |
| David | Buchbinder | United States Trustee | Office of the United States Trustee |
| Brendan | Schlauch | Occidental | Richards, Layton & Finger, P.A. |
| Morgan | Patterson | Legacy Vulcan | Womble Bond Dickinson (US) LLP |
| Akiko | Matsuda | The Wall Street Journal | |

| | | | |
|---|---|---|---|
| Russell | Silberglied | Occidental Chemical | Richards, Layton & Finger |
| Ignacio | Zapiola | YPF | |
| Frank | Parigi | Maxus LTOC | |
| Germán | Fernández Lahore | YPF S.A. | |
| Joselina | Martins | YPF S.A. | |
| Gregory | Moffett | Lower Passaic River Study Area Site Cooperating Parties Group | Preti Flaherty Beliveau and Pachios PLLP |
| Andrew | Propps | YPF Defendants | Sidley Austin LLP |
| Mark | Collins | Liquidating Trust Committee Member | Richards Layton & Finger |
| Kathy | Patrick | OxyChem | Gibbs & Bruns LLP |
| Erin | Smith | Maxus Liquidating Trust | White & Case LLC |
| Christopher | Shore | Maxus Liquidating Trust | White & Case LLP |
| Sebastian | Maril | Latam Advisors | Latam Advisors |
| Karen | Leung | Reorg | |
| Katie | Gonzalez | YPF | Cleary Gottlieb |
| | | | |
| | | | |