IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAXUS ENERGY CORPORATION, *et al.*,[1]<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 16-11501 (CTG)<br>)<br>) Jointly Administered<br>)<br>) Re: D.I. 2724 |

**ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION FOR ENTRY
OF AN ORDER AUTHORIZING, BUT NOT DIRECTING, ABANDONMENT
AND DESTRUCTION OF THE LIQUIDATING TRUST BOOKS AND RECORDS**

Upon the motion (the "Motion") of Joseph J. Farnan, Jr., the Liquidating Trustee (the "Liquidating Trustee") for the Maxus Liquidating Trust (the "Liquidating Trust"), appointed in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") for entry of an order authorizing, but not directing, the abandonment and destruction of all of the Liquidating Trust's Books and Records (the "Books and Records"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is proper before this Court; and it appearing that due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested by the Motion is in the best interests of the Liquidating Trust, the Debtors' creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion, it is hereby ORDERED that:

    1.     The Motion is granted.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxus Energy Corporation (1531), Tierra Solutions, Inc. (0498), Maxus International Energy Company (7260), Maxus (U.S.) Exploration Company (2439), and Gateway Coal Company (7425). The address of each of the Debtors is 10333 Richmond Avenue, Suite 1050, Houston, Texas 77042.

2. The Liquidating Trustee is authorized, but not directed, to abandon and destroy the Books and Records.

3. The Liquidating Trustee is authorized and empowered to take such steps and perform such acts as the Liquidating Trustee deems reasonable and appropriate to implement and effectuate the terms of this Order.

4. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

**Dated: April 17th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**